IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WADITH STOCKINGER NADER and STACEY NICHOLE NADER, | ) ) ) | CASE NO. 8:17-cv-83 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| | ) | ENTRY OF APPEARANCE |
| THE CITY OF PAPILLION; SARPY COUNTY; BRYAN SVAJGL; BENJAMIN IVERSEN; SCOTT A. LYONS; L. KENNETH POLIKOV; and JENNIFER MIRALLES, | ) ) ) ) ) ) | |
| Defendants. | ) | |

COMES NOW Ryan M. Kunhart of the law firm of Abrahams Kaslow & Cassman LLP and enters his appearance on behalf of Defendants, The City of Papillion, Bryan Svajgl, and Scott A. Lyons.

DATED this 29th day of March, 2017.

                                      THE CITY OF PAPILLION, BRYAN SVAJGL,
                                      AND SCOTT A. LYONS, Defendants

                                      By: /s/ Ryan M. Kunhart
                                           Ryan M. Kunhart, #24692
                                           Abrahams Kaslow & Cassman LLP
                                           8712 West Dodge Road, Suite 300
                                           Omaha, NE 68114
                                           rkunhart@akclaw.com
                                           Telephone: (402) 392-1250
                                           Attorneys for Defendants The City of Papillion,
                                           Bryan Svajgl, and Scott A. Lyons

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

                                      /s/ Ryan M. Kunhart
                                      Ryan M. Kunhart