AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:17-cv-00083

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sarpy County

was received by me on *(date)* March 22, 2017 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Summons was served on Defendant Sarpy County by United States certified mail, postage of $6.98 prepaid, on March 27, 2017, as reflected on the attached certified mail signature card and USPS Tracking Results.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 29, 2017

*Server's signature*

Christopher J. Tjaden, Attorney
*Printed name and title*

Gross & Welch, P.C.
1500 Omaha Tower
2120 South 72nd Street
Omaha, NE  68124
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sarpy County
   Sarpy County Clerk
   1210 Golden Gate Drive, #1250
   Papillion, NE  68046

   9590 9402 2312 6225 3136 84

2. Article Number (Transfer from service label)

   7015 1520 0003 3965 2458

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Chris Vance*
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): CHRIS VANCE

C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70151520000339652458

▶ ▶ ▶ Delivered

## Product & Tracking Information

See Available Actions

**Postal Product:**     **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 27, 2017, 10:50 am** | **Delivered, Left with Individual** | **PAPILLION, NE 68046** |
| | Your item was delivered to an individual at the address at 10:50 am on March 27, 2017 in PAPILLION, NE 68046. | |
| March 27, 2017, 6:06 am | In Transit to Destination | |
| March 25, 2017, 11:06 pm | Departed USPS Facility | OMAHA, NE 68108 |
| March 23, 2017, 8:37 pm | Arrived at USPS Facility | OMAHA, NE 68108 |

See More ∨

## Available Actions

Text Updates ∨

Email Updates ∨

See Less ∧

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)