AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:17-cv-00083

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jennifer Miralles

was received by me on *(date)* March 22, 2017 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Summons was served on Defendant Jennifer Miralles by United States certified mail, postage of $6.98 prepaid, on March 27, 2017, a reflected on the attached certified mail signature card and USPS Tracking Results.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 29, 2017

*Server's signature*

Christopher J. Tjaden, Attorney
*Printed name and title*

Gross & Welch, P.C., L.L.O.
1500 Omaha Tower
2120 South 72nd Street
Omaha, NE 68124
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jennifer Miralles
Sarpy County Attorney's Office
1210 Golden Gate Drive
Papillion, NE  68046-2889



9590 9402 2312 6225 3136 60

2. Article Number *(Transfer from service label)*

7015 1520 0003 3965 2427

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ Clausse _____
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
    (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70151520000339652427

## Delivered

**Product & Tracking Information**        See Available Actions

**Postal Product:**            **Features:**
                               Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| March 27, 2017, 10:38 am | Delivered, Left with Individual | PAPILLION, NE 68046 |

Your item was delivered to an individual at the address at 10:38 am on March 27, 2017 in PAPILLION, NE 68046.

| | | |
| --- | --- | --- |
| March 25, 2017, 9:36 am | Business Closed | PAPILLION, NE 68046 |
| March 25, 2017, 8:50 am | Business Closed | PAPILLION, NE 68046 |
| March 25, 2017, 12:45 am | Departed USPS Facility | OMAHA, NE 68108 |

See More ∨

## Available Actions

Text Updates ∨

Email Updates ∨

See Less ∧

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)