AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:17-cv-00083

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Benjamin Iversen

was received by me on *(date)*   March 29, 2017   .

☐ I personally served the summons on the individual at *(place)*
  on *(date)*   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
  , a person of suitable age and discretion who resides there,
  on *(date)*   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   , who is
  designated by law to accept service of process on behalf of *(name of organization)*
  on *(date)*   ; or

☐ I returned the summons unexecuted because   ; or

☒ Other *(specify):*
Summons was served on Defendant, Benjamin Iversen, by United States certified mail, postage of $6.98 prepaid, on April 3, 2017, as reflected on the attached certified mail signature card.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: April 5, 2017

*Server's signature*

Christopher J. Tjaden, Attorney
*Printed name and title*

Gross & Welch, P.C., L.L.O.
1500 Omaha Tower
2120 South 72nd Street
Omaha, NE 68124

*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Benjamin Iversen
LaVista Police Department
7701 South 96th St.
LaVista, NE 68128

9590 9402 2312 6225 3136 08

2. Article Number (Transfer from service label)

7015 1520 0003 3965 2489

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X B. Thompson
☒ Agent
☐ Addressee

B. Received by (Printed Name): B. Thompson
C. Date of Delivery: 4-3-17

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

