IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WADITH STOCKINGER NADER, and STACEY NICHOLE NADER, <br><br>  Plaintiffs, <br><br> vs. <br><br> THE CITY OF PAPILLION,  SARPY COUNTY, BRYAN SVAJGL, BENJAMIN IVERSEN, SCOTT A. LYONS, L. KENNETH POLIKOV, and JENNIFER MIRALLES, <br><br> Defendants. | **8:17CV83** <br><br><br> **ORDER** |

IT IS ORDERED:

1) The parties shall review the undersigned magistrate judge's practices posted at Civil Case Management Practices.

2) Counsel for the parties shall confer and, on or before May 18, 2017, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms in Word and WordPerfect format.

3) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before May 9, 2017 a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

Dated this 18th day of April, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge