IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WADITH STOCKINGER NADER, and STACEY NICHOLE NADER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF PAPILLION, SARPY COUNTY, BRYAN SVAJGL, BENJAMIN IVERSEN, SCOTT A. LYONS, L. KENNETH POLIKOV, and JENNIFER MIRALLES,<br><br>Defendants. | **8:17CV83**<br><br>**PROGRESSION ORDER** |

IT IS ORDERED that the initial progression order is as follows:

1) The parties may commence discovery. Until further order of the court, the discovery shall be limited to the issues of qualified and sovereign immunity. To avoid burdening witnesses and the unnecessary duplication of time and expense needed to depose the same witness more than once, any witness deposed in preparation for asserting or defending against a qualified immunity or sovereign immunity defenses shall be deposed as to all issues.

2) Mandatory disclosures shall be served by June 26, 2017.

3) The deadlines for moving to amend pleadings or add parties are:

   For the plaintiff(s):         June 26, 2017
   For the defendant(s):      July 26, 2017

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is August 28, 2017. Motions to compel Rule 33 through 36 discovery must be filed by September 11, 2017
   **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

5) The deadlines for identifying expert witnesses expected to testify at the

trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

  For the plaintiff(s):  August 28, 2017.

  For the defendant(s):  September 28, 2017.

6) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

  For the plaintiff(s):  September 28, 2017.

  For the defendant(s):  October 27, 2017.

7) Any Rebuttal experts shall be identified within 21 days of the receipt of an expert's report.

8) The deposition deadline is September 26, 2017.

9) The deadline for filing the dispositive immunity motion is November 28, 2017. Further progression will be deferred until after resolution of such motion.[1]

10) The parties shall contact the undersigned's chambers within ten (10) days after a ruling on any dispositive motions on the immunity defenses to set a status conference to discuss further progression of any remaining issues.

Dated this 26th day of May, 2017.

            BY THE COURT:

            *s/ Cheryl R. Zwart*
            United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.