IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WADITH STOCKINGER NADER and STACEY NICHOLE NADER, <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY OF PAPILLION; SARPY COUNTY; BRYAN SVAJGL; BENJAMIN IVERSEN; SCOTT A. LYONS; L. KENNETH POLIKOV; and JENNIFER MIRALLES, <br><br> Defendants. | Case No. 8:17-cv-83 <br><br><br><br><br> CERTIFICATE OF SERVICE OF DEFENDANTS' INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS (SET I) |

COMES NOW, the Defendants, Sarpy County, Nebraska, L. Kenneth Polikov, and Jennifer Miralles, and certify that they have served Interrogatories and Requests for Production of Documents (Set I) upon the Plaintiffs, Wadith Stockinger Nader and Stacey Nichole Nader, through their attorneys, by placing copies of the same in the U.S. mail in an envelope duly addressed and with sufficient postage prepaid on this 31st day of May, 2017, to the following address:

> Christopher J. Tjaden
> Zachary W. Lutz-Priefert
> Gross Welch Law Firm
> 2120 South 72nd Street
> Suite 1500, Omaha Tower
> Omaha, NE 68124
> *Counsel for Plaintiffs*

              SARPY COUNTY, L. KENNETH
              POLIKOV, and JENNIFER
              MIRALLES, Defendants,

BY: s/ Vincent Valentino
    Vincent Valentino, #14288
    Nebraska Telephone Building
    130 South 13th Street
    Suite 300
    Lincoln, NE 68508
    (402) 742-9240
    vince@nrmainc.info

## CERTIFICATE OF SERVICE

  I hereby certify that on May 31, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of the same to counsel of record, Christopher J. Tjaden, Zachary W. Lutz-Priefert, Ryan M. Kunhart, and Jeffrey J. Blumel.

            BY: s/ Vincent Valentino
               Vincent Valentino, #14288