IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WADITH STOCKINGER NADER and STACEY NICHOLE NADER, | ) ) ) | Case No. 8:17-cv-83 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | NOTICE TO TAKE DEPOSITION |
| THE CITY OF PAPILLION; SARPY COUNTY; BRYAN SVAJGL; BENJAMIN IVERSEN; SCOTT A. LYONS; L. KENNETH POLIKOV; and JENNIFER MIRALLES, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Please take notice that the Defendants will conduct the deposition of Wadith Stockinger Nader on July 10, 2017 at 9:15 a.m. at Gross & Welch, P.C., 2120 South 72nd Street, Suite 1500, Omaha Tower, Omaha, NE 68124.

The deposition will be recorded and preserved by stenographic means before an officer authorized to give oaths and take testimony under the laws of the state of Nebraska and is not a relative or an attorney of either party, or otherwise interested in the events of the action or proceedings. In the event this deposition is unable to be completed on the noticed date, it shall continue from day-to-day at the option of the noticing party until completed.

Counsel for the Defendants will make arrangements for a court reporter at this deposition.

Dated this 5th day of June, 2017.

449842.1

THE CITY OF PAPILLION, BRYAN SVAJGL,
SCOTT A. LYONS and BENJAMIN IVERSEN,
Defendants

By:    */s/ Ryan M. Kunhart*
    Ryan M. Kunhart, #24692
    Jeffrey J. Blumel, #19011
    Abrahams Kaslow & Cassman LLP
    8712 West Dodge Road, Suite 300
    Omaha, NE   68114
    rkunhart@akclaw.com
    jblumel@akclaw.com
    Telephone:   (402) 392-1250
    Attorneys for Defendants The City of Papillion,
    Bryan Svajgl, Scott A. Lyons and Benjamin
    Iversen

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 5, 2017, the foregoing Notice to Take Deposition was electronically filed using the CM/ECF system.   The following parties of record are registered ECF filers and will be served by the CM/ECF system:

Christopher J. Tjaden
Gross & Welch, P.C.
Omaha Tower, Suite 1500
2120 S. 72nd Street
Omaha, NE 68106
ctjaden@grosswelch.com

Vincent Valentino
Nebraska Telephone Building, Suite 300
130 S. 13th Street
Lincoln, NE 68508
vince@nrmainc.info

*/s/   Ryan M. Kunhart*

449842.1