IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WADITH STOCKINGER NADER and STACEY NICHOLE NADER, | ) ) ) | Case No. 8:17-cv-83 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | NOTICE TO TAKE DEPOSITION |
| THE CITY OF PAPILLION; SARPY COUNTY; BRYAN SVAJGL; BENJAMIN IVERSEN; SCOTT A. LYONS; L. KENNETH POLIKOV; and JENNIFER MIRALLES, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

   Please take notice that the Defendants will conduct the deposition of Stacey Nichole Nader on July 11, 2017 at 9:15 a.m. at Gross & Welch, P.C., 2120 South 72nd Street, Suite 1500, Omaha Tower, Omaha, NE 68124.

   The deposition will be recorded and preserved by stenographic means before an officer authorized to give oaths and take testimony under the laws of the state of Nebraska and is not a relative or an attorney of either party, or otherwise interested in the events of the action or proceedings. In the event this deposition is unable to be completed on the noticed date, it shall continue from day-to-day at the option of the noticing party until completed.

   Counsel for the Defendants will make arrangements for a court reporter at this deposition.

   Dated this 5th day of June, 2017.

449843.1

THE CITY OF PAPILLION, BRYAN SVAJGL, SCOTT A. LYONS and BENJAMIN IVERSEN, Defendants

By: */s/ Ryan M. Kunhart*
Ryan M. Kunhart, #24692
Jeffrey J. Blumel, #19011
Abrahams Kaslow & Cassman LLP
8712 West Dodge Road, Suite 300
Omaha, NE   68114
rkunhart@akclaw.com
jblumel@akclaw.com
Telephone:   (402) 392-1250
Attorneys for Defendants The City of Papillion, Bryan Svajgl, Scott A. Lyons and Benjamin Iversen

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 5, 2017, the foregoing Notice to Take Deposition was electronically filed using the CM/ECF system.   The following parties of record are registered ECF filers and will be served by the CM/ECF system:

Christopher J. Tjaden
Gross & Welch, P.C.
Omaha Tower, Suite 1500
2120 S. 72nd Street
Omaha, NE 68106
ctjaden@grosswelch.com

Vincent Valentino
Nebraska Telephone Building, Suite 300
130 S. 13th Street
Lincoln, NE 68508
vince@nrmainc.info

*/s/   Ryan M. Kunhart*

449843.1