IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WADITH STOCKINGER NADER and STACEY NICHOLE NADER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF PAPILLION; SARPY COUNTY; BRYAN SVAJGL; BENJAMIN IVERSEN; SCOTT A. LYONS; L. KENNETH POLIKOV; and JENNIFER MIRALLES,<br><br>Defendants. | Case No. 8:17-cv-83<br><br>CERTIFICATE OF SERVICE OF DEFENDANTS SARPY COUNTY, L. KENNETH POLIKOV, and JENNIFER MIRALLES' DISCLOSURES TO PLAINTIFFS PURSUANT TO FED. R. CIV. P. 26(a)(1)(A) |

COMES NOW, the Defendants, Sarpy County, Nebraska, L. Kenneth Polikov, and Jennifer Miralles, and certify in accordance with NECivR 26.1, that they have served their mandatory disclosures under Fed. R. Civ. P. 26(a)(1)(A) upon all parties in this case through their attorneys, by placing copies of the same in the U.S. mail in an envelope duly addressed and with sufficient postage prepaid on this 21st day of June, 2017, to the following addresses:

Christopher J. Tjaden
Zachary W. Lutz-Priefert
Gross Welch Law Firm
2120 South 72nd Street
Suite 1500, Omaha Tower
Omaha, NE 68124
*Counsel for Plaintiffs*

Ryan M. Kunhart
Jeffrey J. Blumel
Abrahams Kaslow & Cassman, LLP
8712 W Dodge Road, Suite 300
Omaha, NE 68114-3419
*Counsel for Defendants, City of Papillion, Svajgl, Lyons, & Iversen*

        SARPY COUNTY, L. KENNETH POLIKOV, and JENNIFER MIRALLES, Defendants,

BY:  s/ Vincent Valentino
       Vincent Valentino, #14288
       Nebraska Telephone Building
       130 South 13th Street
       Suite 300
       Lincoln, NE 68508
       (402) 742-9240
       vince@nrmainc.info

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of the same to counsel of record, Christopher J. Tjaden, Zachary W. Lutz-Priefert, Ryan M. Kunhart, and Jeffrey J. Blumel.

BY:  s/ Vincent Valentino
       Vincent Valentino, #14288