IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WADITH STOCKINGER NADER and STACEY NICHOLE NADER, | ) ) ) | CASE NO. 8:17-cv-83 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| THE CITY OF PAPILLION; SARPY COUNTY; BRYAN SVAJGL; BENJAMIN IVERSEN; SCOTT A. LYONS; L. KENNETH POLIKOV; and JENNIFER MIRALLES, | ) ) ) ) ) ) ) | NOTICE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) |
| Defendants. | ) | |

PLEASE BE ADVISED that on the 22nd day of June, 2017, the Defendants, The City of Papillion, Bryan Svajgl, Scott A. Lyons, and Benjamin Iversen, mailed their Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to the following by regular United States Mail, postage prepaid:

Christopher J. Tjaden
Zachary Lutz-Priefert
Gross & Welch, P.C.
Omaha Tower, Suite 1500
2120 S. 72nd Street
Omaha, NE 68106

Vincent Valentino
130 South 13th Street, #300
Lincoln, NE 68508

DATED this 22nd day of June, 2017.

THE CITY OF PAPILLION, BRYAN SVAJGL, SCOTT A. LYONS and BENJAMIN IVERSEN, Defendants

By: /s/ Ryan M. Kunhart
    Ryan M. Kunhart, #24692
    Jeffrey J. Blumel, #19011
    Abrahams Kaslow & Cassman LLP
    8712 West Dodge Road, Suite 300
    Omaha, NE 68114
    rkunhart@akclaw.com
    jblumel@akclaw.com
    Telephone: (402) 392-1250
    Attorneys for Defendants The City of Papillion, Bryan Svajgl, Scott A. Lyons and Benjamin Iversen

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

    /s/ Ryan M. Kunhart
    Ryan M. Kunhart