Printed by: druppertpp
Printed date/time: 3/23/15 7:08

**Incident Report**

Page 14 of 16

PAPILLION POLICE DEPARTMENT
1000 EAST FIRST STREET
PAPILLION, NEBRASKA 68046
(402) 597-2035

Incident Number: LPP141223021009

he views the photos on his phone, tablets or anything else. He said he does not view pornography on his phone or any tablets. He did advise that he stores it on an external hard drive which was either in the basement or his bedroom.

Search of the residence produced the following items which were collected as evidence:

1-DVD of images from Cybertip #3184694
1-DVD of images from Cybertip #3320099
1-White Travelor 1GB thumb drive
1-Matsunichi HD (Hard Drive) Model #DM256
1-Black Western Digital HD S/n #WXNX088D811
1-Silver HDD external hard drive Model #WLX-393UB
1-Black Kyocera cell phone
1-Gray HP laptop serial #SCH135135M
1-Samsung Galaxy 4.0 Cell Phone
1-Black external hard drive 3TB S/n #E3JAJJHA300258
1-Purple 32 GB thumb drive DT10162
1-Western Digital external hard drive S/n #WX21E42APP51
31- Box containing 31 internal hard drives
1-Black HP Pavillion S/n# CNF64319QL
1-Samsung Galaxy 4 in white case
1-Micro SD Card 1GB
1-HP Envy Laptop
1-Asus tablet w/case

During the search I was assisted by Detective Ben Iverson of the LaVista Police Department in order to conduct preliminary scans of the hardware, computer software, and hard drives, etc as detailed in the search warrant. Detective Iverson began his examination on or around 1130 hrs using a forensic examination device. Detective Iverson examined the HP Envy laptop in the kitchen. He located several large files of pornography downloaded on the computer hard drive. The files were all categorized by style of pornography. Scanning the HP Envy laptop Detective Iverson discovered one image was flagged as possible known child pornography. The HP Envy laptop computer and hard drive will be examined further in a safe forensic environment.

While searching the residence we also observed that there were several watches disassembled throughout the home including watch parts and tools. Firearms were also located throughout the residence in almost every room. Some were loaded and others were not. In the master bedroom, basement, and garage there was a significant amount of alcohol both empty and full or partially full. There was also several computer boards, old cell phones, cameras, old video games, and hard drive disks. In the garage we located nitric and sulfuric acid. Near the chemicals was a large trash can with a PVC pipe coming out of the top and leading to several other buckets and tubes. Unsure what the items were we contacted FBI Bomb Tech John Hallock and Omaha Police

**Exhibit A to J. Hessig (Miralles) Affd. 001**

Printed by: drupperlpp
Printed date/time: 3/23/15 7:08

**Incident Report**

Page 15 of 16

PAPILLION POLICE DEPARTMENT
1000 EAST FIRST STREET
PAPILLION, NEBRASKA 68046
(402) 597-2035

Incident Number: LPP141223021009

Department Bomb Tech Matt Manhart.

I then spoke to Wadith about the other items we observed in the house. He explained that since he lost his job he has been depressed and does drink alcohol. He explained that he does fix watches and tinkers with them. He then sells them on ETSY which is an online store. They will also occasionally sell jewelry on the website. He continued to explain the chemicals and set up in the garage are for breaking down items such as computer boards to extract the gold. He then will sell the gold. He advised the process is called "aquaregia". He explained that he learned how to do it from the internet. He also purchased the chemicals over the internet. The FBI and Omaha Police Bomb Techs responded to confirm the chemicals were safe in their current state and it did not appear he was attempting to make explosives.

I had contact with Sarpy County Attorney Jennifer Miralles and briefed her on the circumstances revolving around this case. She agreed to take custody of Wadith NADER based on the previous confirmed photographs that were reported to be uploaded to Microsoft SkyDrive. Miralles advised that the County Attorney's Office would amend additional counts after the analysis of the digital evidence was complete if needed.

I then informed Wadith that he was under arrest for possession of child pornography based on the three confirmed images by (CVIP). Wadith was handcuffed and transported to the Sarpy County Jail by Officer Kustka. I was able to contact Wadith's mother in-law Judy SWEIGARD who agreed to pick up the kids from school and care for them until Stacey's return. Wadith Nader was issued State of Nebraska Uniform Citation and Complaint #A2348812 for possession of child pornography NE State Statute 28-813.01, as Wadith "knowingly possessed any visual depiction of sexually explicit conduct which has a child as one of its participants or portrayed observers". Wadith's court date is set for April 29, 2015 at the Sarpy County Courthouse.

The computers, hard drive devices, and other electronic devices seized at his residence of
Road were logged in as evidence. All evidence was seized by Officers of the Papillion Police Department and LaVista Police Department. Copy of the search warrant and property forms of items collected were left on the kitchen table.

Upon returning to the Papillion Police Department I, with the assistance of Detective Stigge, viewed the images from the CyberTips 3184694 and 3320099 again for reporting purposes. After reviewing the images an additional time I can determine with high level of confidence that all reported images except image "1766201396.jpg" (which is age difficult) are clearly depicting juvenile females under the age of 18 years old. I therefore request at this time charges be amended to reflect 6 counts of possession of child pornography NE State Statute 28-813.01 as Wadith "knowingly possessed any visual depiction of sexually explicit conduct which has a child as one of its participants or portrayed observers".

Additional reports will be filed under this incident. These reports will provide a detailed list of images and

Printed by: drupperlpp
Printed date/time: 3/23/15 7:08

**Incident Report**

Page 16 of 16

**PAPILLION POLICE DEPARTMENT**
**1000 EAST FIRST STREET**
**PAPILLION, NEBRASKA 68046**
**(402) 597-2035**

Incident Number: LPP141223021009

origination of criminal evidence. Please clear this case as an adult arrest and forward a copy of this report to the County Attorney's office for review.

END OF REPORT
Det. B. Svajgl/468///aml

## Signatures

Reporting Officer          Date

Supervisor                 Date

**Exhibit A to J. Hessig (Miralles) Affd. 003**