BP

WADITH S. NADER        CR15-1114/CR15-184        CA File # 2015-01242

3-19-15    Δ appr. / Atty Tom Peterson / P.H. 4-7-15 #3
           Bond NJ Contact 200K

4-7-15    PH  1:30 (#3)  ✓

3-20-15    Δ appr / Atty T. Peterson / Bond Rev
           Bond Remains 200K

afternoon bond review
Δ w/Tom Peterson / taken under advisement RSF
until end of day / Δ only asking
for lower bond, does not obj. to no
contact

3-25-15 - Δ appears w/ T. Peterson for b. review / under advisement
4-13-15   Arr. 10:45 (#5) w/T.P./ N.G. PTC 5-22-15 9am BP
          50K 10% / P.T.R. to surrender passport / G.P.S. / no access to CPU/
          internet.
5-22-15   PTC 9am (#5) - Δ ordered to examine evidence locally
          PTC to 8/19/15 7-24-15 at 9am / bond review under advisement
5-11-15   FH 10:45 (#5)
7-24-15   PTC 9am (#5)
8-21-15   PTC 9am (#5) - Cont to 9-14-15
9-14-15   PTC 9am #5
          ~~no appearances~~
Tom Petersen appearing obo Δ. Cont / week          SH
9/21 @ 10:45
9-21-15   PTC 10:45 (#3) cont 1 day by Δ
9-22-15              10-16-15  9am
10-7-15 - dismissed w/out prejudice - forensic analyst says there's no
evidence Δ intentionally or knowingly possessed c.p. / no user attribution.

NOT FOR DISCOVERY   (CLOSED)
BP 12-30-15

**Exhibit B to L. Polikov Affd.**

IR # 21009　　　　　　CHARGE SHEET / ADULT　　　　　　3/18/2015

BAC:　　　　　　　　　　　　　Authorizing Attorney: ~~20992 FREEMAN, TRICIA A.~~ Burgess, Laurie

Victim/Witness Referral:　　　　Defense Attorney: Burgess, Laurie

Victim/Witness Contact:

| Charge | Offense Date | Location | Victim | Arresting Officer |
|---|---|---|---|---|
| POSSESS CHILD PORNOGRAPHY §19 YOA — 7 COUNTS | ~~3/17/2015~~ 12/3/14 | 912 HICKORY HILL ROAD | | SVAJGL, B. - PP |

w/out prejudice
BP 10-7-15

3/18 ~~Complaint~~ 3-18 D.C. Dis/18
___ Amended Complaint
___ Warrant
___ Mail Notice
___ Motion To Consolidate
___ Req/Hold For
___ Continue To



___ Speed Memo/Letter

✓ Prepare Information
___ Amended Information
✗ Direct Information
✗ Dismiss ~~Count~~ information
✗ Capias And Motion
___ Order For Bond Forfeiture
✓ Witness Endorsed
___ Motion to Tax Costs

___ Cert. Driver Hist.
___ Cert. Copy Prot. Order
✓ Doc ___ Pg ___
___ Pen Packet
___ DC Rec Check
___ Test Result
___ 911 Tape
___ Cruiser Video
___ Videos
___ Police Reports
___ Photographs

___ Extradition Complaint
___ Decline To File
___ Adult Diversion
___ Diversion Letter
___ Revoke Probation
___ Close
___ Copied For Drug Court
___ Cert/Auth. Copy of Conviction

Additional Information:
→ Shelby Mertins Page 29
BP 6-24-15

| Num | Accused/Address | DOB | Race | Sex | SS# | DCN# |
|---|---|---|---|---|---|---|
| 1. | NADER, WADITH S. 912 HICKORY HILL ROAD PAPILLION, NE 68046 | | CAU | M | | 80461 |

aka Paul Nader
BP 4-8-15

| | Height | Weight | Hair | Eyes | Driver's License |
|---|---|---|---|---|---|
| | 5'10" | 175 | BRN | BRN | |

**Exhibit B to L. Polikov Affd.**