IN THE COUNTY COURT OF SARPY COUNTY, NEBRASKA

| | |
|---|---|
| THE STATE OF NEBRASKA ) | |
| ) | CR15-1114 |
| Plaintiff, ) | |
| ) | CRIMINAL COMPLAINT |
| vs. ) | |
| ) | |
| WADITH S. NADER ) | |
| 912 Hickory Hill Rd. ) | |
| Papillion, NE 68046 ) | |
| ) | |
| Defendant. ) | |

COMES NOW the undersigned County Attorney or his Deputy of Sarpy County, Nebraska, and for complaint against the above-named defendant gives the Court to understand and be informed that the above-named defendant, contrary to the form of the statutes in such cases, made and provided and against the peace and dignity of the State of Nebraska, violated the laws of the State of Nebraska, to-wit:

COUNT 1: POSSESSION OF CHILD PORNOGRAPHY
 On or about the 3rd day of December, 2014, at or near 912 Hickory Hill Rd., in Sarpy County, Nebraska, said Wadith S. Nader, being a person nineteen years of age or older, did knowingly possess any visual depiction of sexually explicit conduct, as defined in Section 28-1463.02, which has a child, as defined in such section, as one of its participants or portrayed observers (image file named 1850260232.jpg), in violation of Section 28-813.01(1)(2)(b), R.R.S. Nebraska. (CLASS III FELONY)

COUNT 2: POSSESSION OF CHILD PORNOGRAPHY
 On or about the 3rd day of December, 2014, at or near 912 Hickory Hill Rd., in Sarpy County, Nebraska, said Wadith S. Nader, being a person nineteen years of age or older, did knowingly possess any visual depiction of sexually explicit conduct, as defined in Section 28-1463.02, which has a child, as defined in such section, as one of its participants or portrayed observers (image file named 1773334201.jpg), in violation of Section 28-813.01(1)(2)(b), R.R.S. Nebraska. (CLASS III FELONY)

COUNT 3: POSSESSION OF CHILD PORNOGRAPHY
 On or about the 3rd day of December, 2014, at or near 912 Hickory Hill Rd., in Sarpy County, Nebraska, said Wadith S. Nader, being a person nineteen years of age or older, did knowingly possess any visual depiction of sexually explicit conduct, as defined in Section 28-1463.02, which has a child, as defined in such section, as one of its participants or portrayed observers (image file named 409277812.jpg), in violation of Section 28-813.01(1)(2)(b), R.R.S. Nebraska. (CLASS III FELONY)

COUNT 4: POSSESSION OF CHILD PORNOGRAPHY
    On or about the 3rd day of December, 2014, at or near 912 Hickory Hill Rd., in Sarpy County, Nebraska, said Wadith S. Nader, being a person nineteen years of age or older, did knowingly possess any visual depiction of sexually explicit conduct, as defined in Section 28-1463.02, which has a child, as defined in such section, as one of its participants or portrayed observers (image file named 829555945. jpg), in violation of Section 28-813.01(1)(2)(b), R.R.S. Nebraska. (CLASS III FELONY)

COUNT 5: POSSESSION OF CHILD PORNOGRAPHY
    On or about the 3rd day of December, 2014, at or near 912 Hickory Hill Rd., in Sarpy County, Nebraska, said Wadith S. Nader, being a person nineteen years of age or older, did knowingly possess any visual depiction of sexually explicit conduct, as defined in Section 28-1463.02, which has a child, as defined in such section, as one of its participants or portrayed observers (image file named 1600471024.jpg), in violation of Section 28-813.01(1)(2)(b), R.R.S. Nebraska. (CLASS III FELONY)

COUNT 6: POSSESSION OF CHILD PORNOGRAPHY
    On or about the 3rd day of December, 2014, at or near 912 Hickory Hill Rd., in Sarpy County, Nebraska, said Wadith S. Nader, being a person nineteen years of age or older, did knowingly possess any visual depiction of sexually explicit conduct, as defined in Section 28-1463.02, which has a child, as defined in such section, as one of its participants or portrayed observers (image file named 1766201396.jpg), in violation of Section 28-813.01(1)(2)(b), R.R.S. Nebraska. (CLASS III FELONY)

COUNT 7: POSSESSION OF CHILD PORNOGRAPHY
    On or about the 3rd day of December, 2014, at or near 912 Hickory Hill Rd., in Sarpy County, Nebraska, said Wadith S. Nader, being a person nineteen years of age or older, did knowingly possess any visual depiction of sexually explicit conduct, as defined in Section 28-1463.02, which has a child, as defined in such section, as one of its participants or portrayed observers (image file named 864858517.jpg), in violation of Section 28-813.01(1)(2)(b), R.R.S. Nebraska. (CLASS III FELONY)

_____
County Attorney/Deputy

STATE OF NEBRASKA    )
                     ) ss.
COUNTY OF SARPY      )

    Laurie E. Burgess, being first duly sworn, upon my oath says that I am the County Attorney or his Deputy in and for Sarpy County, Nebraska; that I have read and signed the above Criminal Complaint; that to the best of my information and belief the allegations and charges therein contained are true and correct.

_____
County Attorney/Deputy

SUBSCRIBED and SWORN to before me this 18th day of March, 2015.

*Dayna S. Croisant*
Notary Public/Judge

GENERAL NOTARY - State of Nebraska
DAYNA S. CROISANT
My Comm. Exp. November 14, 2018

CA File #     2015-01242
DCN #        115900080461
DOB:           12/12/1973
Oper. Lic.:    H12920538 NE
Veh. Lic.:     Unknown
Description:  Caucasian male, 5'10", 175 lbs., brown hair, brown eyes
Agency:       Papillion P. D.

Exhibit A to B. Perlman Affd.          003