

# CyberTipline Report 3184694

Received by NCMEC on 12-03-2014 18:51:34 UTC
All dates are displayed as MM-DD-YYYY
Except for times provided in Additional Information sections, all time zones are displayed in UTC

*The National Center for Missing and Exploited Children® (NCMEC) was established in 1984 as a private, nonprofit 501(c)(3) organization. NCMEC provides services nationwide to families and professionals relating to preventing the abduction and sexual exploitation of children. Pursuant to its mission and congressional authorization (see 42 U.S.C. § 5773), NCMEC operates the CyberTipline® and the Child Victim Identification Program to provide assistance to law enforcement and others in their efforts to identify and rescue victims of child pornography and child sexual exploitation. NCMEC also works with electronic service providers, electronic payment service providers and others in their efforts to reduce the distribution of child sexual exploitation images and videos on the Internet. NCMEC does not investigate and cannot verify the accuracy of information it receives. NCMEC makes available reports of apparent child sexual exploitation to law enforcement for its independent review and analysis.*

CyberTipline Report 3184694 | i

# CONTENTS

Section A: Reported Information ... 1

    Reporting Electronic Service Provider (ESP) ... 1
    Incident Information ... 1
    Webpage/URL ... 1
    User or Person Being Reported ... 1
    Uploaded File Information ... 2
    Uploaded File Information ... 2
    Uploaded File Information ... 2

Section B: Automated Information Added by NCMEC Systems ... 4

    Explanation of Automated Information (in alphabetical order) ... 4
    Geo-Lookup (Images) ... 4

Section C: Additional Information Provided by NCMEC ... 5

    NCMEC Note #1 ... 5
    NCMEC Note #2 ... 9
    NCMEC Note #3 ... 9
    Supplemental Files ... 9

This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.



CyberTipline Report 3184694 | 1

## Section A: Reported Information

> The following information was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

### Reporting Electronic Service Provider (ESP)

**Submitter:**
Microsoft- other products
Microsoft Skydrive

Business Address:
One Microsoft way
Redmond, WA 98052 United States

pdnarpt@microsoft.com

### Incident Information

**Incident Type:** Child Pornography (possession, manufacture, and distribution)
**Incident Time:** 12-03-2014 18:51:34 UTC

### Webpage/URL

**URL:** http://?cid=CDCCE72C51686C87
**Additional Information:** Where to Serve Legal Process in Criminal Matters

Windows Live TM, Windows Live ID (Passport), MSNÂ®, Xbox & Other Online Services:
FAX: (425) 708-0096
Microsoft Corporation
Attn: Online Services Custodian of Records
One Microsoft Way Redmond, WA 98052-6399

EMERGENCY REQUESTS
Microsoft Online Services will respond to emergency requests outside of normal business hours if the emergency involves âthe danger of death or physical injury to any personâ¦â as permitted in 18 U.S.C. Â§ 2702(b)(8) and (c)(4). Emergencies are limited to situations like kidnapping, murder threats, bomb threats, terrorism threats, etc. If you have an emergency request, please call the law enforcement hotline at (425) 722-1299.

NON-U.S. LAW ENFORCEMENT
Microsoft has established local contacts within your country or region to handle legal process related to Microsoft Online Services. If you are not already familiar with your local contact, please e-mail the Global Criminal Compliance team at globalcc@microsoft.com, and you will be directed to the local contact handling requests from your country. All legal process for criminal matters from non-U.S. law enforcement, prosecutors and courts must be directed to Microsoft Corporation, One Microsoft Way, Redmond, WA 98052 and not to Microsoftâs local subsidiary as all Microsoft Online Services customer data is stored in the U.S. Your local contact will be able to educate you as to what local process must be followed in order to obtain online services customer account records from Microsoft.

This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.




CyberTipline Report 3184694 | 2

### User of Person Being Reported

**Name:** Paul Nader
**Email Address:** wadith@hotmail.com (Verified)

### Uploaded File Information

**Number of uploaded files:** 2

### Uploaded File Information

**Filename:** 1773334201.jpg
**Original URL Where File was Located:** http://internal-ch3302.pvt-files.1drv.com/y2aKKi1zhhbGg842jBYcHCzZzbxZSgHEAYmkV_jjn95m5Oi-mC7IqV7kZK2_j6DxMm2JjAFdd_QIMwq8pCdsN9UCbD3URWwEdne8Yda0pA8m8E
**Additional Information:** Resource ID: CDCCE72C51686C87I5190; File Path: ; Content Type: image/jpeg

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Capture | 75.163.85.5 | Upload | 12-03-2014 18:36:22 UTC |

### Uploaded File Information

**Filename:** 1850260232.jpg
**Original URL Where File was Located:** http://internal-ch3302.pvt-files.1drv.com/y2aOdA2_UU4IAdVoJX4aeF0mMJpm4U2kR03MATtBeik1LtyZjD04ZDCUgypzwPg-ittSx_vUpzzUyPGa9G-580gSe9XCDnopEeSEK6Epp9vSUo
**Additional Information:** Resource ID: CDCCE72C51686C87I5119; File Path: ; Content Type: image/jpeg

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Capture | 75.163.85.5 | Upload | 12-03-2014 18:34:44 UTC |

This concludes Section A. All of the information in this section was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.*

CyberTipline Report 3184694 | 3

undertaken at the initiative of the Reporting Person or Reporting ESP.

This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.

**Exhibit A to S. Mertins Affd.**                                                                 **005**



## Section B: Automated Information Added by NCMEC Systems

Upon receipt of a CyberTipline report, NCMEC Systems may conduct automated processes on the information submitted in Section A. The information found in Section B of this CyberTipline Report has been automatically generated by NCMEC Systems. If the CyberTipline Report was submitted by a member of the public, Section B will be blank.

### Explanation of Automated Information (in alphabetical order)

**Geo-Lookup:** When a Reporting ESP voluntarily reports an IP address for the "User or Person Being Reported," NCMEC Systems will geographically resolve the IP address via a publicly-available online search. The results of this lookup are displayed.

### Geo-Lookup Images

| IP Address | Country | Region | City | Metro Code | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 75.163.85.5 | United States | NE | Fremont | 652 | 68025 | 402 | 41.433300/ -96.498100 | CenturyLink/ CenturyLink |

**This concludes Section B**

This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.



CyberTipline Report 3184694 | 5

## Section C: Additional Information Provided by NCMEC

> Section C contains information collected by NCMEC staff based on the information electronically submitted by the Reporting Person, NCMEC Call Center or Reporting ESP. Section C may contain a variety of additional information, including data gathered from searches on publicly-available, open-source websites. Any searches conducted by NCMEC staff will be documented and any search results will be saved to the electronic filing system when possible. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are affiliated with any parties relating to this report.

**NCMEC Priority Level:** E (Report submitted by a registered Electronic Service Provider)
**NCMEC Classification:** Child Pornography (Unconfirmed-Files Not Reviewed by NCMEC)

### NCMEC Note #1

ECD-BSA 12/10/2014 11:19 US/Eastern

CT/TA searches for the following yielded no relevant related results:
*CDCCE72C51686C87*
"Paul Nader"
*wadith*
75.163.85.5

=====

I searched Facebook for "wadith@hotmail.com" and found the following relevant result:
https://www.facebook.com/paul.nader
Paul Nader

=====

I searched Myspace for "wadith@hotmail.com" and found the following relevant result:
https://myspace.com/415313102
Paul Smith
Alexandria, VA

======

I searched Spokeo for "wadith@hotmail.com" and found the following new relevant results:
https://twitter.com/WadithJunior
wadith junior
@WadithJunior
barranquilla
Joined February 2012

https://www.flickr.com/people/42492474@N00
paul_nader
Groups (7)
Naked, hot women 10 photos, 1,780 members

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.*

**Exhibit A to S. Mertins Affd.**    007




CyberTipline Report 3184694 | 6

FlickrPorn 28 photos, 2,783 members
Best part of a women 385 photos, 843 members
Female Nudes 3,135 photos, 7,308 members
Unclothed 89 photos, 1,621 members
Naked Beauty 797 photos, 2,775 members
erotica 8,107 photos, 6,313 members

http://www.pandora.com/profile/wadith
wadith

http://www.amazon.com/gp/registry/registry.html?ie=UTF8&type=wishlist&id=U05V8SJYIKEX
Wish List
This list is for: wadith Nader

======

I searched Tagged and MeetMe for "wadith@hotmail.com" and found no related results.

======

I searched Google for "wadith@hotmail.com" and found the following relevant result:
http://scholarcommons.usf.edu/cgi/viewcontent.cgi?article=1213&context=jss
Former Members' Perspectives are Key to
Impacting the FARC
Paul S. Nader
Henley-Putnam University, wadith@hotmail.com

======

I searched Google for "Henley-Putnam University" and "Paul Nader" and found over 250 results. However, the first link on the results page is the following Linked In profile:
https://www.linkedin.com/pub/paul-nader/b/336/549
Paul Nader
Major, U.S. Air Force
Greater Omaha Area Security and Investigations
Current
Henley Putnam University
Previous
U.S. Air Force
Education
ACSC

======

I searched Facebook, NSOPW, and TLO for "Paul Nader" in NE and found no new relevant results.\

======

CT/TA searches for the following yielded no relevant related results:
paul.nader*
This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.




CyberTipline Report 3184694 | 7

*415313102*
*WadithJunior*
paul_nader*
*42492474*
*wadith*
"wadith Nader"

======

I searched Twitter, Instagram, Tagged, Spokeo, and Google for "WadithJunior" and found no new related results.

======

I searched Facebook and NSOPW for "Wadith Nader" and found no relevant results.

======

Subject Information
(Best Information for Subject)
Name: WADITH STOCKINGER NADER (06/25/1
996 to 06/25/1996)
Name: WADITH S NADER (12/01/1995 to
07/05/2014)
Date of Birth:

Other Names Associated with Subject
None found
Other DOBs Associated with Subject
None found
Other Possible Phones Associated with
Subject:
(402) 505-3684 (CT) (LandLine) (100%)
(402) 740-0281 (CT) (Mobile) (99%)
(703) 909-5581 (ET) (Mobile) (99%)
(703) 909-0551 (ET) (Mobile) (77%)
(402) 393-6383 (CT) (LandLine) (64%)
(703) 549-1917 (ET) (LandLine) (36%)
(703) 535-3191 (ET) (32%)
(704) 882-1616 (ET) (28%)
(704) 756-1914 (ET) (Mobile) (25%)
Indicators
Bankruptcies: No
Liens: No
Judgments: No
Properties: Yes
Corporate Affiliations: No
Criminal/Traffic: Yes
Global Watch Lists Match: No
Email Addresses Associated with
Subject

This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.

Exhibit A to S. Mertins Affd.     009

CyberTipline Report 3184694 | 8

wnader@msn.com
wnader@aol.com
wnader1@aol.com
wnader@yahoo.com
SSN:

Other Individuals Observed with shared SSN: No
ne
Possible Criminal Records (1 Found)
WARNING - Due to the quality of Warrant data entry - Data displayed may not pertain to your Subject.
Separate Unified Criminal Searches are highly suggested as well as independent verification of anything displayed on this system.
Name: WADITH S NADER
DOB:
Gender: M
Ethnicity: WHITE
Is Sex Offender: No
Source Name: VIRGINIA ADMIN OFFICE OF COURTS -
HISTORICAL DATA
Source State: VA
Match Indicators
First Name: O Exact Match
Middle Name: O Exact Match
Last Name: O Exact Match
Date Of Birth: O Exact Match
Age: O Not Provided
Address: O Crime State Matched (VA)
Height: O Not Provided
Ethnicity: O Not Provided
Crime Details - 12/06/2007 - FAIRFAX, VA
OffenseDescription1: IMPROPER/ERRATIC LANE CHANGE
Case Number: 059GT0800026500
Crime County: FAIRFAX
Crime Type: TRAFFIC
OffenseCode: B
GradeOfOffense: INFRACTION
Charges Filed Date: 01/02/2008
Case Type: INFRACTION
Court: FAIRFAX COUNTY GD
Fines: Y
Disposition: PREPAID
Offense Date: 12/06/2007
Disposition Date: 01/17/2008

Address Summary (13 Found)
912 HICKORY HILL RD, PAPILLION, NE 68046-6226 (SARPY COUNTY) (10/26/2010 to 12/10/2014)
700 ROSE SQ, ALEXANDRIA, VA 22314-6250 (ALEXANDRIA CITY COUNTY) (11/2006 to 11/2010)
PSC 46 BOX 972, APO, AE 09469-0010 (09/01/2008 to 12/2008)
PSC 37 BOX 386, APO, AE 09459-0004 (05/01/2003 to 06/2006)
10351 BROADMOOR CT APT 1003, OMAHA, NE 68114-4840 (DOUGLAS COUNTY) (05/2000 to 06/2004)
141 VALLEY RUN DR, CHERRY HILL, NJ 08002-3046 (CAMDEN COUNTY) (09/1995 to 06/2002)

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.*



CyberTipline Report 3184694 | 9

8212 S 90TH PLZ APT 5, LA VISTA, NE 68128-4006 (SARPY COUNTY) (09/1995 to 06/2000)
2709 VANDENBERG AVE, BELLEVUE, NE 68123-1743 (SARPY COUNTY) (06/1999 to 06/1999)
620 S JOHNSON ST, ENID, OK 73703-6809 (GARFIELD COUNTY) (12/1997 to 12/1997)
PO BOX 40, SAN ANGELO, TX 76902-0001 (TOM GREEN COUNTY) (09/1997 to 09/1997)
PSC BOX 7564 BOX, SAN ANGELO, TX 76908 (TOM GREEN COUNTY) (06/1997 to 06/1997)
PO BOX 4987, PENSACOLA, FL 32507-0987 (ESCAMBIA COUNTY) (11/1996 to 01/1997)
418 SARATOGA DR, CHERRY HILL, NJ 08002-1927 (CAMDEN COUNTY) (01/1996 to 06/1996)

======

CT/TA searches for the following yielded no relevant related results:
*wnader*



NCMEC Note #2

ECD-BSA 12/10/2014 12:12 US/Eastern

Due to the user's apparent affiliation with the US Air Force, I have contacted NCMEC's MCIO liaisons about this report.



NCMEC Note #3

ECD-BSA 12/10/2014 12:53 US/Eastern

SA Brose has informed me that this user is an Airman of the US Air Force Reserves, Wadith S. Nader,

He has reached out to the Air Force to determine who will conduct the investigation.



Supplemental Files

The following is a list of supplemental files saved to the report by NCMEC

RE CT 3184694.txt
https___tloxp.tlo.com_WADITH STOCKINGER NADER - Comprehensive Report - 2014-12-10.pdf
Flickr_ paul_nader.pdf
Amazon.pdf
wadith junior (@WadithJunior) _ Twitter.pdf
scholarcommons.usf.edu_cgi_viewcontent.pdf
Paul smith (415313102) on Myspace.pdf
Paul Nader.pdf
Paul Nader _ LinkedIn.pdf
Pandora Internet Radio - Listen to Free Music You'll Love.pdf

---

This concludes Section C

If you need further information regarding the contents of this Report, please contact the CyberTipline at

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.*

CyberTipline Report 3184694 | 10

ecuassistance@ncmec.org or 1-877-446-2632, ext. 6702.

This concludes CyberTipline Report 3184694

This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.

**Exhibit A to S. Mertins Affd.**    012



The National Center for Missing and Exploited Children® (NCMEC) was established in 1984 as a private, nonprofit 501(c)(3) organization. NCMEC provides services nationwide for families and professionals in the prevention of abducted, endangered, and sexually exploited children. Pursuant to its mission and its congressional authorization (see 42 U.S.C. § 5773), NCMEC operates the CyberTipline and the Child Victim Identification Program to assist law enforcement in identifying victims of child pornography and child sexual exploitation and works with law enforcement, Internet service providers, electronic payment service providers, and others to reduce the distribution of child sexual exploitation images and videos over the Internet. NCMEC does not investigate and cannot verify the accuracy of information reported to NCMEC. NCMEC forwards reports of child sexual exploitation to law enforcement for purposes of investigation and disposition of potential criminal wrongdoing to be determined solely by the relevant law enforcement agency and prosecutor's office.

# ECD Technical Assistance Request

## Request Information

| | |
|---|---|
| Report ID: | 84278 |
| Date Entered: | 12/19/2014 |
| External Request: | Yes |
| Request Type: | CRIS Review |

## Requestor Information

| | |
|---|---|
| Requestor Name: | Crime Analyst Jessica Bowder |
| Agency: | Nebraska State Patrol Technical Crimes/ICAC |
| Type: | ICAC |
| Phone: | 402-479-4916 |
| Extension: | |
| Email Address: | jessica.bowder@nebraska.gov |
| Address: | 3800 NW 12th Street |
| | Suite A |
| City: | Lincoln |
| State: | NE |
| Zip: | 68521 |
| Country: | United States |

## Reported Person's Information

Reported Person

## Searches

| | |
|---|---|
| CyberTip Search: | No |
| Public Records Search: | No |
| LE Contact Needed: | No |
| ISP Contact Needed: | No |

Page 1 of 2

*Friday, December 19, 2014*

LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational and investigation lead purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.

## Additional Case Details

On December 18, 2014, CVIP received the following email containing two (2) sanitized files. A formal request was made that the files be reviewed for any known child victims that were identified by law enforcement in past investigations:

"I have attached two sanitized images for possible child identification, connected to Cybertip 3184694.

Thank You!

Jessica Bowder
ICAC Crime Analyst
ICAC Technical Crimes Lab
3800 NW 12th Street, Suite A
Lincoln, NE 68521
Phone: (402) 479-4916
jessica.bowder@nebraska.gov"

---

The following information was gathered by ECD Staff as a result of additional analysis and searches.

---

## NCMEC Supplemental Information

| | |
|---|---|
| ECD Staff: | Matthew Stein |
| Date Processed: | 12/19/2014 |
| Case Status: | Closed |
| Attachment On File: | Yes |
| Images Were Identified: | Yes |

## NCMEC Notes

| Note #1 | |
|---|---|
| Note Type: | ECD Note |
| Note Date: | 12/19/2014 |

ECD-MWS 12/19/2014 08:46

As the sanitized files were submitted via email, I performed a visual review of the files, which were saved to the electronic filing system.

The files appear to contain a child victim who has been identified by law enforcement.

The following files appear to be from the "BluePillow" series:

"1773334201 - Copy.jpg"
"1850260232 - Copy.jpg"

=============================

At this time, I will send an electronic copy of the Child Identification Report to Crime Analyst Jessica Bowder.

Page 2 of 2

Friday, December 19, 2014

LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational and investigation lead purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.

**Exhibit A to S. Mertins Affd.**                    014



## Series Law Enforcement Information

# Child Identification Report

The following Child Identification Report lists the specific file name(s), the corresponding series name and the law enforcement point of contact who is providing age verification for the children. It is the responsibility of the submitting agency to contact the listed law enforcement contact(s) for verification and identification of the child victim(s).

Due to the sensitive nature of the information requested, please refer to the instructions below to ensure the series points of contact are able to validate the request.

* When reaching out to a point of contact for additional information, whether by email or phone, please provide the NCMEC TA Report #, seen on the next page.
* If the request is made via email, please use your Agency email account or the same email account provided to NCMEC/Child Victim Identification Program at the time of request. Please make all attempts to not use personal email accounts such as Yahoo, Hotmail, AOL or Gmail. These personal accounts may be regarded as spam by some filtering programs, and may be viewed as "an unofficial request" by the recipient.

Adhering to these guidelines will allow the series points of contact to validate and respond to your requests quickly.

CVIP recommends requesting an affidavit from the law enforcement point of contact as the first step in verifying the image.

Based on the demands placed on series point of contacts, *we ask that you reserve serving a subpoena as a last resort.*

Within the Child Identification Report, you will find fields titled "State" and/or "Country". This information indicates the jurisdiction where the image/video files were produced and is provided to demonstrate the distribution of files. Additionally, "Multiple Jurisdictions" indicates multiple victims and/or jurisdictions of production while "Unknown Jurisdiction" indicates that CVIP has not been provided this information. All information regarding the distribution of files should be verified by the series law enforcement point of contact.

Please contact CVIP at cvip@ncmec.org or 1-877-446-2632 ext. 6705 with any additional questions.

Friday, December 19, 2014

Page 1 of 2

*Copyright 2014. National Center for Missing & Exploited Children. All rights reserved.*
*No part of this guide may be reproduced without express written permission from NCMEC.*



## Series Law Enforcement Information

The names of certain series may be the victim's actual first name. Federal and various state laws restrict the public distribution of identifying information about child victims and/or witnesses to protect the privacy of victims. See 18 U.S.C. § 3509(d) and 18 U.S.C. § 3771.

| | |
|---|---|
| **Series Name:** | BluePillow |
| **Agency:** | Elk Grove Police Department |
| **Investigator:** | Detective Kevin Papineau |
| **Phone:** | 916-478-8068 |
| **State:** | CA |
| **Country:** | United States |
| **Email:** | kpapineau@elkgrovepd.org |

Please note there is a secondary point of contact (POC) available for this series in the event the primary POC is unavailable or unreachable for a considerable length of time. To obtain this information, please contact CVIP at 1-877-446-2632 ext. 6705 or cvip@ncmec.org. Please note that CVIP will only provide the additional information if the primary POC was given a reasonable amount of time to respond.

Copyright 2014. National Center for Missing & Exploited Children. All rights reserved.
No part of this guide may be reproduced without express written permission from NCMEC.

**Exhibit A to S. Mertins Affd.**     016