

# CyberTipline Report 3320099

Received by NCMEC on 12-20-2014 18:49:03 UTC

All dates are displayed as MM-DD-YYYY

Except for times provided in Additional Information sections, all time zones are displayed in UTC

*The National Center for Missing and Exploited Children® (NCMEC) was established in 1984 as a private, nonprofit 501(c)(3) organization. NCMEC provides services nationwide to families and professionals relating to preventing the abduction and sexual exploitation of children. Pursuant to its mission and congressional authorization (see 42 U.S.C. § 5773), NCMEC operates the CyberTipline® and the Child Victim Identification Program to provide assistance to law enforcement and others in their efforts to identify and rescue victims of child pornography and child sexual exploitation. NCMEC also works with electronic service providers, electronic payment service providers and others in their efforts to reduce the distribution of child sexual exploitation images and videos on the Internet. NCMEC does not investigate and cannot verify the accuracy of information it receives. NCMEC makes available reports of apparent child sexual exploitation to law enforcement for its independent review and analysis.*

**Exhibit B to S. Mertins Affd.**





CyberTipline Report 3320099 | I

## CONTENT

Section A: Reported Information                                              1

    Reporting Electronic Service Provider (ESP)          1
    Incident Information                                 1
    Webpage/URL                                         1
    User or Person Being Reported                       1
    Uploaded File Information                            2
    Uploaded File Information                            2
    Uploaded File Information                            2
    Uploaded File Information                            2
    Uploaded File Information                            3
    Uploaded File Information                            3

Section B: Automated Information Added by NCMEC Systems                      5

    Explanation of Automated Information (in alphabetical order)   5
    Geo-Lookup (Images)                                 5

Section C: Additional Information Provided by NCMEC                          6

    NCMEC Note #1                                       6

Section D: Law Enforcement Contact Information                              7

    Nebraska State Patrol                               7

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.*



# CyberTipline Report 3320099

Received by NCMEC on 12-20-2014 18:49:03 UTC
All dates are displayed as MM-DD-YYYY
Except for times provided in Additional Information sections, all time zones are displayed in UTC

*The National Center for Missing and Exploited Children® (NCMEC) was established in 1984 as a private, nonprofit 501(c)(3) organization. NCMEC provides services nationwide to families and professionals relating to preventing the abduction and sexual exploitation of children. Pursuant to its mission and congressional authorization (see 42 U.S.C. § 5773), NCMEC operates the CyberTipline® and the Child Victim Identification Program to provide assistance to law enforcement and others in their efforts to identify and rescue victims of child pornography and child sexual exploitation. NCMEC also works with electronic service providers, electronic payment service providers and others in their efforts to reduce the distribution of child sexual exploitation images and videos on the Internet. NCMEC does not investigate and cannot verify the accuracy of information it receives. NCMEC makes available reports of apparent child sexual exploitation to law enforcement for its independent review and analysis.*

**Exhibit B to S. Mertins Affd.**





CyberTipline Report 3320099 | i

## CONTENTS

Section A: Reported Information ........................... 1

    Reporting Electronic Service Provider (ESP) ......... 1
    Incident Information ............................... 1
    Webpage/URL ....................................... 1
    User or Person Being Reported ..................... 1
    Uploaded File Information ......................... 2
    Uploaded File Information ......................... 2
    Uploaded File Information ......................... 2
    Uploaded File Information ......................... 2
    Uploaded File Information ......................... 3
    Uploaded File Information ......................... 3

Section B: Automated Information Added by NCMEC Systems ... 5

    Explanation of Automated Information (in alphabetical order) ... 5
    Geo-Lookup (Images) ............................... 5

Section C: Additional Information Provided by NCMEC ....... 6

    NCMEC Note #1 ..................................... 6

Section D: Law Enforcement Contact Information ........... 7

    Nebraska State Patrol ............................. 7

This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.

**Exhibit B to S. Mertins Affd.**

004

  

CyberTipline Report 3320099 | 1

# Section A: Reported Information

> The following information was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.



**Submitter:**

Microsoft- other products
Microsoft Skydrive

Business Address:
One Microsoft way
Redmond, WA 98052 United States

ncmecrpt@microsoft.com



**Incident Type:**          Child Pornography (possession, manufacture, and distribution)
**Incident Time:**          12-20-2014 18:49:03 UTC



**URL:**                     http://?cid=CDCCE72C51686C87
**Additional Information:**  Where to Serve Legal Process in Criminal Matters

Windows Live TM, Windows Live ID (Passport), MSN®, Xbox & Other Online Services:
FAX: (425) 708-0096
Microsoft Corporation
Attn: Online Services Custodian of Records
One Microsoft Way Redmond, WA 98052-6399

EMERGENCY REQUESTS
Microsoft Online Services will respond to emergency requests outside of normal business hours if the emergency involves the danger of death or physical injury to any person as permitted in 18 U.S.C. A§ 2702(b)(8) and (c)(4). Emergencies are limited to situations like kidnapping, murder threats, bomb threats, terrorism threats, etc. If you have an emergency request, please call the law enforcement hotline at (425) 722-1299.

NON-U.S. LAW ENFORCEMENT
Microsoft has established local contacts within your country or region to handle legal process related to Microsoft Online Services. If you are not already familiar with your local contact, please e-mail the Global Criminal Compliance team at globalcc@microsoft.com, and you will be directed to the local contact handling requests from your country. All legal process for criminal matters from non-U.S. law enforcement, prosecutors and courts must be directed to Microsoft Corporation, One Microsoft Way, Redmond, WA 98052 and not to Microsoft's local subsidiary as all Microsoft Online Services customer data is stored in the U.S. Your local contact will be able to educate you as to what local process must be followed in order to obtain online services customer account records from Microsoft.

---

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.*

  

CyberTipline Report 3320099 | 1

# Section A: Reported Information

The following Information was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The Information appearing in Section A is Information received in the original submission. The reporting of Information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.



**Submitter:**

Microsoft- other products
Microsoft Skydrive

Business Address:
One Microsoft way
Redmond, WA 98052 United States

ncmecrpt@microsoft.com



**Incident Type:**          Child Pornography (possession, manufacture, and distribution)
**Incident Time:**          12-20-2014 18:49:03 UTC



**URL:**                          http://?cid=CDCCE72C51686C87
**Additional Information:**          Where to Serve Legal Process in Criminal Matters

Windows Live TM, Windows Live ID (Passport), MSNÂ®, Xbox & Other Online Services:
FAX: (425) 708-0096
Microsoft Corporation
Attn: Online Services Custodian of Records
One Microsoft Way Redmond, WA 98052-6399

EMERGENCY REQUESTS
Microsoft Online Services will respond to emergency requests outside of normal business hours if the emergency involves âthe danger of death or physical injury to any personâ‡â as permitted in 18 U.S.C. Â§ 2702(b)(8) and (c)(4). Emergencies are limited to situations like kidnapping, murder threats, bomb threats, terrorism threats, etc. If you have an emergency request, please call the law enforcement hotline at (425) 722-1299.

NON-U.S. LAW ENFORCEMENT
Microsoft has established local contacts within your country or region to handle legal process related to Microsoft Online Services. If you are not already familiar with your local contact, please e-mail the Global Criminal Compliance team at globalcc@microsoft.com, and you will be directed to the local contact handling requests from your country. All legal process for criminal matters from non-U.S. law enforcement, prosecutors and courts must be directed to Microsoft Corporation, One Microsoft Way, Redmond, WA 98052 and not to Microsoftâs local subsidiary as all Microsoft Online Services customer data is stored in the U.S. Your local contact will be able to educate you as to what local process must be followed in order to obtain online services customer account records from Microsoft.

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.*

  

NATIONAL
CENTER FOR
MISSING &
EXPLOITED
CHILDREN

CyberTipline Report 3320099 | 2

**Name:**                          unknown unknown
**Email Address:**                 wadith@hotmail.com (Verified)

**Number of uploaded files:**      5

**Filename:**                      1600471024.jpg
**Original URL Where File was Located:**   https://bqwvca-
                                   ch3302.files.1drv.com/y2axGUkY0VWjt0EFz0390bYrgYXPqw1YxDdym
                                   9ueiXPQ8kYQl0yzQPWGFJya-lko5MfR7fwjNCCeUOoKiHPKDlyjyPRt-
                                   dhvqgTmWltLj5EiJc45JiwoDGoOAQsFAXSphg392epBm44TZTOpn-
                                   Tb5pJjw/1600471024.jpg?download&psid=1&AVOverride=1

**Additional Information:**        Resource ID: CDCCE72C51686C87I5345; File Path: ; Content Type:
                                   image/jpeg

**Source Information:**

| Type | Value | Event | Date/Time |
|------|-------|-------|-----------|
| IP Capture | 75.163.85.5 | Upload | 12-03-2014 18:39:57 UTC |

**Filename:**                      409277812.jpg
**Original URL Where File was Located:**   https://bqwvca-
                                   ch3302.files.1drv.com/y2al7kXOcf0Den0jDTRlbGfqzxvekyLFjZYzhlT_8
                                   D-
                                   mTUsN5pKgePEJ7z0KxyXU45cu9M0nJ_B9YywzS7Ha8mQGtZZMDM_
                                   P_MAerEL9BXrAlec52zjwOBd_4khKbe6y6jNNATjHT0iGJ2Dw66mWb2
                                   GyA/409277812.jpg?download&psid=1&AVOverride=1

**Additional Information:**        Resource ID: CDCCE72C51686C87!4604; File Path: ; Content Type:
                                   image/jpeg

**Source Information:**

| Type | Value | Event | Date/Time |
|------|-------|-------|-----------|
| IP Capture | 75.163.85.5 | Upload | 12-03-2014 18:22:44 UTC |

**Filename:**                      829555945.jpg

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit
mission. Please treat all information in this Report as confidential.*

**Exhibit B to S. Mertins Affd.**                                                007

 



CyberTipline Report 3320099 | 3

**Original URL Where File was Located:**
https://bqwvca-ch3302.files.1drv.com/y2afCfpL-z8IVOtEdd0CGY5DxuGha_PorD3AMxvk9xizeK7r-Dw0REEXmsA7QqU7qEAWCIdVqoj0odfj5QLYDcGwJ5vsS0hLyJD1z01K-QdCIsHam3817hzKRuDjrXQN3q-0FM039q-aZjCvve6n3IFLA/829555945.jpg?download&psid=1&AVOverride=1

**Additional Information:**
Resource ID: CDCCE72C51686C87I4188; File Path: ; Content Type: image/jpeg

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Capture | 75.163.85.5 | Upload | 12-03-2014 18:13:54 UTC |

Update File Information

**Filename:** 1766201396.jpg
**Original URL Where File was Located:**
https://bqwvca-ch3302.files.1drv.com/y2aDpn8vSD_oGXwZqJje9S23u1Id2LSyMy7Eq9khyhsnxpfxVGXQ1qAvgG2S2Buh95N7J_-MSAx63sqM7hsfwvjmqvcDugNQbKX9e3TASGpM7OY7I4iAgYOf2F95zwmu9l0fPb8RtRdLPVmU3nOwUNgGQ/1766201396.jpg?download&psid=1&AVOverride=1

**Additional Information:**
Resource ID: CDCCE72C51686C87I5196; File Path: ; Content Type: image/jpeg

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Capture | 75.163.85.5 | Upload | 12-03-2014 18:36:32 UTC |

Update File Information

**Filename:** 864858517.jpg
**Original URL Where File was Located:**
https://bqwvca-ch3302.files.1drv.com/y2aWcSN1DO_cjNIr8mjsRoMOo_1_vtC_2-wh2QQFKg1tkQ6pxa_1DO3H4ySRJ5Htf0-jA3QOuMwgxg-I2oJMJhsDKPzj-OFOryrWIK6gstCDtBvx-jYdswHtc_XH-fvPSLADugobU6uUn04IPCS2_g5mg/864858517.jpg?download&psid=1&AVOverride=1

**Additional Information:**
Resource ID: CDCCE72C51686C87I4157; File Path: ; Content Type: image/jpeg

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Capture | 75.163.85.5 | Upload | 12-03-2014 18:13:17 UTC |

This concludes Section A. All of the information in this section was submitted electronically to the CyberTipline by the Reporting

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.*

**Exhibit B to S. Mertins Affd.**



CyberTipline Report 3320099 | 4

Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.*

**Exhibit B to S. Mertins Affd.**                    **009**

 

CyberTipline Report 3320099 | 5

# Section B: Automated Information Added by NCMEC Systems

Upon receipt of a CyberTipline report, NCMEC Systems may conduct automated processes on the information submitted in Section A. The information found in Section B of this CyberTipline Report has been automatically generated by NCMEC Systems. If the CyberTipline Report was submitted by a member of the public, Section B will be blank.



**Geo-Lookup:** When a Reporting ESP voluntarily reports an IP address for the "User or Person Being Reported," NCMEC Systems will geographically resolve the IP address via a publicly-available online search. The results of this lookup are displayed.



| IP Address | Country | Region | City | Metro Code | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 75.163.85.5 | United States | NE | Bellevue | 652 | 68123 | 402 | 41.110500/ -95.933998 | CenturyLink/ CenturyLink |

**This concludes Section B**

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.*

**Exhibit B to S. Mertins Affd.**                    **010**

  

## Section C: Additional Information Provided by NCMEC

**Section C contains information collected by NCMEC staff based on the information electronically submitted by the Reporting Person, NCMEC Call Center or Reporting ESP. Section C may contain a variety of additional information, including data gathered from searches on publicly-available, open-source websites. Any searches conducted by NCMEC staff will be documented and any search results will be saved to the electronic filing system when possible. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are affiliated with any parties relating to this report.**

| | |
|---|---|
| **NCMEC Priority Level:** | E (Report submitted by a registered Electronic Service Provider) |
| **NCMEC Classification:** | Child Pornography (Unconfirmed-Files Not Reviewed by NCMEC) |
| **NCMEC Date Processed:** | 01-08-2015 15:02:00 UTC |
| **Made Available to Law Enforcement by NCMEC:** | Yes |

### NCMEC Note #1

ECD-JMJ 01/08/2015 08:53 US/Eastern

If law enforcement is interested in additional searches on information related to the reported user or child victim, please e-mail ecuassistance@ncmec.org with this request.

=====

Please be advised that NCMEC has not opened or viewed any uploaded files submitted with this report and has no information concerning the content of the uploaded files other than information provided in the report by the ESP.

=====

CT/TA Search results for : *wadilh*
3320099
3184694 NC United States

CT/TA Search results for : 75.163.85.5
3320099
3184694 NC United States

**The past report appears related and contains full searches on the reported user**

=====

VPN: NE ICAC

**This concludes Section C**

**If you need further information regarding the contents of this Report, please contact the CyberTipline at ecuassistance@ncmec.org or 1-877-446-2632, ext. 6702.**

*This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.*

CyberTipline Report 3320099 | 7

# Section D: Law Enforcement Contact Information

The report was made available to the Law Enforcement Agency listed below.



**Investigator:**

| | |
|---|---|
| **Assigned Officer:** | Access VPN |
| **Title:** | Crime Analyst Jessica Bowder |
| **City/State:** | NE |
| **Country:** | United States |
| **Phone Number:** | 402-479-4916 |
| **Email Address:** | Eric.Jones@nebraska.gov,Jessica.bowder@nebraska.gov |

**Time/Date was made available: 01-08-2015 15:02:13 UTC**

**This concludes Section D**

**This concludes CyberTipline Report 3320099**

This Report is provided solely for informational purposes pursuant to NCMEC's congressional authorization and nonprofit mission. Please treat all information in this Report as confidential.

**Exhibit B to S. Mertins Affd.**



**NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN**

The National Center for Missing and Exploited Children® (NCMEC) was established in 1984 as a private, nonprofit 501(c)(3) organization. NCMEC provides services nationwide for families and professionals in the prevention of abducted, endangered, and sexually exploited children. Pursuant to its mission and its congressional authorization (see 42 U.S.C. § 5773), NCMEC operates the CyberTipline and the Child Victim Identification Program to assist law enforcement in identifying victims of child pornography and child sexual exploitation and works with law enforcement, Internet service providers, electronic payment service providers, and others to reduce the distribution of child sexual exploitation images and videos over the Internet. NCMEC does not investigate and cannot verify the accuracy of information reported to NCMEC. NCMEC forwards reports of child sexual exploitation to law enforcement for purposes of investigation and disposition of potential criminal wrongdoing to be determined solely by the relevant law enforcement agency and prosecutor's office.

# ECD Technical Assistance Request

## Request Information

| | |
|---|---|
| Report ID: | 84653 |
| Date Entered: | 01/12/2015 |
| External Request: | Yes |
| Request Type: | CRIS Review, Other |

## Requestor Information

| | |
|---|---|
| Requestor Name: | Crime Analyst Jessica Bowder |
| Agency: | Nebraska State Patrol Technical Crimes/ICAC |
| Type: | ICAC |
| Phone: | 402-479-4916 |
| Extension: | |
| Email Address: | jessica.bowder@nebraska.gov |
| Address: | 3800 NW 12th Street, Suite A |
| City: | Lincoln |
| State: | NE |
| Zip: | 68521 |
| Country: | United States |

## Reported Person's Information

Reported Person

## Searches

| | |
|---|---|
| CyberTip Search: | No |
| Public Records Search: | No |
| LE Contact Needed: | No |
| ISP Contact Needed: | No |

*Monday, January 12, 2015*

*LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational and investigation lead purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.*

**Exhibit B to S. Mertins Affd.**                                    **013**

## Additional Case Details

CVIP received an email from the submitting agent containing five (5) sanitized image. A formal request was made that the files be reviewed for any known child victims that were identified by law enforcement in past investigations.

The email request and the sanitized images have been saved to the electronic filing system.

"Good Morning,

Please view the attached sanitized images for possible child identification. All five images are connected to Cybertip 3320099.

Thank you!

Jessica Bowder
ICAC Crime Analyst
ICAC Technical Crimes Lab
3800 NW 12th Street, Suite A
Lincoln, NE 68521
Phone: (402) 479-4916
jessica.bowder@nebraska.gov"

The following information was gathered by ECD Staff as a result of additional analysis and searches.

## NCMEC Supplemental Information

| | |
|---|---|
| ECD Staff: | **Virginia Ward** |
| Date Processed: | **01/12/2015** |
| Case Status: | **Closed** |
| Attachment On File: | **Yes** |
| Images Were Identified: | **Yes** |

## NCMEC Notes

| Note #1 | |
|---|---|
| Note Type: | **ECD Note** |
| Note Date: | **01/12/2015** |

ECD-VHW 01/12/2015 11:12

As the sanitized files were submitting via email, I performed a visual review of the files which were saved to the electronic filing system.

There was one file which appeared to contain a child victim who has been identified by law enforcement.

The following file appears to be from the "Colourful Bedrooom" series:

"409277812.jpg"

The following 'Child Identification Report' will list the series name and the law enforcement point of contact who is providing age verification for the child.

=================

*Monday, January 12, 2015*

*LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational and investigation lead purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.*

**Exhibit B to S. Mertins Affd.**                    **014**

At this time, I will send an electronic copy of the Child Identification Report to Crime Analyst Jessica Bowder.

*Monday, January 12, 2015*

*LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational and investigation lead purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.*

**Exhibit B to S. Mertins Affd.**              **015**



---

## Series Law Enforcement Information

---

# Child Identification Report

The following Child Identification Report lists the specific file name(s), the corresponding series name and the law enforcement point of contact who is providing age verification for the children.   It is the responsibility of the submitting agency to contact the listed law enforcement contact(s) for verification and identification of the child victim(s).

Due to the sensitive nature of the information requested, please refer to the instructions below to ensure the series points of contact are able to validate the request.

❊   When reaching out to a point of contact for additional information, whether by email or phone, please provide the NCMEC **TA Report #**, seen on the next page.

❊   If the request is made via email, please use your Agency email account or the same email account provided to NCMEC/Child Victim Identification Program at the time of request. Please make all attempts to not use personal email accounts such as Yahoo, Hotmail, AOL or Gmail. These personal accounts may be regarded as spam by some filtering programs, and may be viewed as "an unofficial request" by the recipient.

Adhering to these guidelines will allow the series points of contact to validate and respond to your requests quickly.

CVIP recommends requesting an affidavit  from the law enforcement point of contact as the first step in verifying the image.

Based on the demands placed on series point of contacts, *we ask that you reserve serving a subpoena as a last resort.*

Within the Child Identification Report, you will find fields titled "State" and/or "Country".  This information indicates the jurisdiction where the image/video files were produced and is provided to demonstrate the distribution of files. Additionally, "Multiple Jurisdictions" indicates multiple victims and/or jurisdictions of production while "Unknown Jurisdiction" indicates that CVIP has not been provided this information. All information regarding the distribution of files should be verified by the series law enforcement point of contact.

Please contact CVIP at cvip@ncmec.org or 1-877-446-2632 ext. 6705 with any additional questions.

---

*Monday, January 12, 2015*                                                                                                          *Page 1 of 2*

*Copyright 2015. National Center for Missing & Exploited Children. All rights reserved.*
*No part of this guide may be reproduced without express written permission from NCMEC.*

**Exhibit B to S. Mertins Affd.**                                                                                                   **016**



## Series Law Enforcement Information

The names of certain series may be the victim's actual first name. Federal and various state laws restrict the public distribution of identifying information about child victims and/or witnesses to protect the privacy of victims. See 18 U.S.C. § 3509(d) and 18 U.S.C. § 3771.

| | |
|---|---|
| Series Name: | Colourful Bedroom |
| Agency: | Netherlands Police Agency |
| Investigator: | Nienke Kappelle |
| Phone: | +31 79 3459309 |
| Country: | Netherlands |
| Email: | nienke.kappelle@klpd.politie.nl |

*Copyright 2015. National Center for Missing & Exploited Children. All rights reserved.*
*No part of this guide may be reproduced without express written permission from NCMEC.*

**Exhibit B to S. Mertins Affd.**    **017**



**NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN**

The National Center for Missing and Exploited Children® (NCMEC) was established in 1984 as a private, nonprofit 501(c)(3) organization. NCMEC provides services nationwide for families and professionals in the prevention of abducted, endangered, and sexually exploited children. Pursuant to its mission and its congressional authorization (see 42 U.S.C. § 5773), NCMEC operates the CyberTipline and the Child Victim Identification Program to assist law enforcement in identifying victims of child pornography and child sexual exploitation and works with law enforcement, Internet service providers, electronic payment service providers, and others to reduce the distribution of child sexual exploitation images and videos over the Internet. NCMEC does not investigate and cannot verify the accuracy of information reported to NCMEC. NCMEC forwards reports of child sexual exploitation to law enforcement for purposes of investigation and disposition of potential criminal wrongdoing to be determined solely by the relevant law enforcement agency and prosecutor's office.

# ECD Technical Assistance Request

## Request Information

| | |
|---|---|
| Report ID: | 84653 |
| Date Entered: | 01/12/2015 |
| External Request: | Yes |
| Request Type: | CRIS Review, Other |

## Requestor Information

| | |
|---|---|
| Requestor Name: | Crime Analyst Jessica Bowder |
| Agency: | Nebraska State Patrol Technical Crimes/ICAC |
| Type: | ICAC |
| Phone: | 402-479-4916 |
| Extension: | |
| Email Address: | jessica.bowder@nebraska.gov |
| Address: | 3800 NW 12th Street, Suite A |
| City: | Lincoln |
| State: | NE |
| Zip: | 68521 |
| Country: | United States |

## Reported Person's Information

Reported Person

## Searches

| | |
|---|---|
| CyberTip Search: | No |
| Public Records Search: | No |
| LE Contact Needed: | No |
| ISP Contact Needed: | No |

Page 1 of 3

*Monday, January 12, 2015*

*LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational and investigation lead purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.*

**Exhibit B to S. Mertins Affd.**                    **018**

## Additional Case Details

CVIP received an email from the submitting agent containing five (5) sanitized image. A formal request was made that the files be reviewed for any known child victims that were identified by law enforcement in past investigations.

The email request and the sanitized images have been saved to the electronic filing system.

"Good Morning,

Please view the attached sanitized images for possible child identification. All five images are connected to Cybertip 3320099.

Thank you!

Jessica Bowder
ICAC Crime Analyst
ICAC Technical Crimes Lab
3800 NW 12th Street, Suite A
Lincoln, NE 68521
Phone: (402) 479-4916
jessica.bowder@nebraska.gov"

The following information was gathered by ECD Staff as a result of additional analysis and searches.

## NCMEC Supplemental Information

| | |
|---|---|
| ECD Staff: | **Virginia Ward** |
| Date Processed: | **01/12/2015** |
| Case Status: | **Closed** |
| Attachment On File: | **Yes** |
| Images Were Identified: | **Yes** |

## NCMEC Notes

| Note #1 | |
|---|---|
| Note Type: | **ECD Note** |
| Note Date: | **01/12/2015** |

ECD-VHW 01/12/2015 11:12

As the sanitized files were submitting via email, I performed a visual review of the files which were saved to the electronic filing system.

There was one file which appeared to contain a child victim who has been identified by law enforcement.

The following file appears to be from the "Colourful Bedrooom" series:

"409277812.jpg"

The following 'Child Identification Report' will list the series name and the law enforcement point of contact who is providing age verification for the child.

================

*Monday, January 12, 2015*

*LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational and investigation lead purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.*

## Exhibit B to S. Mertins Affd.

019

At this time, I will send an electronic copy of the Child Identification Report to Crime Analyst Jessica Bowder.

*Monday, January 12, 2015*

*LAW ENFORCEMENT OFFICIALS PLEASE BE ADVISED: This Report is being provided solely for informational and investigation lead purposes pursuant to NCMEC's congressional authorization and mission. Please treat all information contained in this report as law enforcement sensitive information and do not share any contents of this report with persons unrelated to the criminal investigation or any resulting criminal prosecution.*

**Exhibit B to S. Mertins Affd.**          **020**



---

### Series Law Enforcement Information

---

## Child Identification Report

The following Child Identification Report lists the specific file name(s), the corresponding series name and the law enforcement point of contact who is providing age verification for the children.   It is the responsibility of the submitting agency to contact the listed law enforcement contact(s) for verification and identification of the child victim(s).

Due to the sensitive nature of the information requested, please refer to the instructions below to ensure the series points of contact are able to validate the request.

❋   When reaching out to a point of contact for additional information, whether by email or phone, please provide the NCMEC **TA Report #**, seen on the next page.

❋   If the request is made via email, please use your Agency email account or the same email account provided to NCMEC/Child Victim Identification Program at the time of request. Please make all attempts to not use personal email accounts such as Yahoo, Hotmail, AOL or Gmail. These personal accounts may be regarded as spam by some filtering programs, and may be viewed as "an unofficial request" by the recipient.

Adhering to these guidelines will allow the series points of contact to validate and respond to your requests quickly.

<u>CVIP recommends requesting an affidavit  from the law enforcement point of contact as the first step in verifying the image.</u>

Based on the demands placed on series point of contacts, *we ask that you reserve serving a subpoena as a last resort.*

Within the Child Identification Report, you will find fields titled "State" and/or "Country".  This information indicates the jurisdiction where the image/video files were produced and is provided to demonstrate the distribution of files. Additionally, "Multiple Jurisdictions" indicates multiple victims and/or jurisdictions of production while "Unknown Jurisdiction" indicates that CVIP has not been provided this information. All information regarding the distribution of files should be verified by the series law enforcement point of contact.

Please contact CVIP at cvip@ncmec.org or 1-877-446-2632 ext. 6705 with any additional questions.

---

*Monday, January 12, 2015*                                                                                                        *Page 1 of 2*

*Copyright 2015. National Center for Missing & Exploited Children. All rights reserved.*
*No part of this guide may be reproduced without express written permission from NCMEC.*

## Exhibit B to S. Mertins Affd.                                        021

## Series Law Enforcement Information

The names of certain series may be the victim's actual first name. Federal and various state laws restrict the public distribution of identifying information about child victims and/or witnesses to protect the privacy of victims. See 18 U.S.C. § 3509(d) and 18 U.S.C. § 3771.

| | |
|---|---|
| Series Name: | Colourful Bedroom |
| Agency: | Netherlands Police Agency |
| Investigator: | Nienke Kappelle |
| Phone: | +31 79 3459309 |
| Country: | Netherlands |
| Email: | nienke.kappelle@klpd.politie.nl |

Copyright 2015. National Center for Missing & Exploited Children. All rights reserved.
No part of this guide may be reproduced without express written permission from NCMEC.

**Exhibit B to S. Mertins Affd.**                022