IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WADITH STOCKINGER NADER and STACEY NICHOLE NADER,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF PAPILLION; SARPY COUNTY; BRYAN SVAJGL; BENJAMIN IVERSEN; SCOTT A. LYONS; L. KENNETH POLIKOV; and JENNIFER MIRALLES,<br><br>Defendants. | Case No. 8:17-cv-83 |

## AFFIDAVIT OF VINCENT VALENTINO

| | |
|---|---|
| STATE OF NEBRASKA | )<br>) ss |
| COUNTY OF LANCASTER | ) |

I, Vincent Valentino, being an adult, and competent to make this affidavit under oath, depose and state as follows:

1. That I have been licensed to practice law in Nebraska since August of 1974, practicing in both state court and federal court. I represent the County of Sarpy, Nebraska, its County Attorney L. Kenneth (Lee) Polikov, and its former Deputy County Attorney Jennifer Hessig (formerly Miralles), in the above-captioned matter.

2. That together with counsel for the other Defendants, on July 10, 2017, I took the depositions of Plaintiffs Wadith (Paul) Nader, and Stacey Nader.

3. That attached hereto as Exhibit A is a true and accurate copy of a public record accessed from the Sarpy County District Court file in the case of *State v. Wadith Nader*.

4. That attached hereto as Exhibit B is a genuine and accurate certified copy of the transcript of the deposition of Wadith (Paul) Nader, with exhibits 1 through 18.

5. That attached hereto as Exhibit C is a genuine and accurate certified copy of the transcript of the deposition of Stacey Nader, with exhibits 19 through 23.

FURTHER AFFIANT SAITH NOT.

_____
Vincent Valentino

Subscribed and sworn to before me this 16th day of August, 2017.

_____
Notary Public

GENERAL NOTARY - State of Nebraska
AMY L. EBER
My Comm. Exp. Sept. 4, 2018