## IN THE COUNTY COURT OF SARPY COUNTY

State of Nebraska }
vs. }
Wadith Nader suspect }
D.O.B. }

Doc. CR15-1114 Page ___

Probable Cause Detention Order

ON 3-18, 2015 at 0800, A.M., County Attorney _____ / SCSO Jail, via phone, presented the affidavit of Det. Beyas Suajql 468 of the Papillion Police Dept from which it appears there is / ~~is no~~ probable cause to detain the aforesaid Suspect in the custody of the Sheriff of Sarpy County, Nebraska on suspicion of: Possession of child pornography.

Accordingly, the Sheriff of Sarpy County, Nebraska is ordered to detain / ~~release~~ Wadith Nader in custody / ~~from custody~~ to be dealt with according to law.

_____
County Judge



Page 13 of 17

**Exhibit A to V. Valentino Affd.**