IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WADITH STOCKINGER NADER and STACEY NICHOLE NADER, | ) ) ) | Case No. 8:17-cv-83 |
| Plaintiffs, | ) ) ) | CERTIFICATE OF SERVICE OF |
| vs. | ) ) | DEFENDANTS SARPY COUNTY, L. KENNETH POLIKOV, AND |
| THE CITY OF PAPILLION; SARPY COUNTY; BRYAN SVAJGL; BENJAMIN IVERSEN; SCOTT A. LYONS; L. KENNETH POLIKOV; and JENNIFER MIRALLES, | ) ) ) ) ) ) | JENNIFER MIRALLES' ANSWERS TO PLAINTIFFS' INTERROGATORIES AND RESPONSES TO REQUESTS FOR PRODUCTION (SET I) |
| Defendants. | ) ) | |

COMES NOW, the Defendants, Sarpy County, Nebraska, L. Kenneth Polikov, and Jennifer Hessig (f/k/a Miralles), and certify that they have served their Answers to Plaintiffs' Interrogatories and Responses to Requests for Production (Set I) upon the Plaintiffs, Wadith Stockinger Nader and Stacey Nichole Nader, through their attorneys, by placing copies of the same in the U.S. mail in an envelope duly addressed and with sufficient postage prepaid on this 18th day of August, 2017, to the following address:

Christopher J. Tjaden
Zachary W. Lutz-Priefert
Gross Welch Law Firm
2120 South 72nd Street
Suite 1500, Omaha Tower
Omaha, NE 68124
*Counsel for Plaintiffs*

                                SARPY COUNTY, L. KENNETH POLIKOV, and JENNIFER MIRALLES, Defendants,

BY:    s/ Vincent Valentino
         Vincent Valentino, #14288
         Nebraska Telephone Building
         130 South 13th Street
         Suite 300
         Lincoln, NE 68508
         (402) 742-9240
         vince@nrmainc.info

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of the same to counsel of record, Christopher J. Tjaden, Zachary W. Lutz-Priefert, Ryan M. Kunhart, and Jeffrey J. Blumel.

BY:    s/ Vincent Valentino
         Vincent Valentino, #14288