IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WADITH STOCKINGER NADER and STACEY NICHOLE NADER, | Case No. 8:17-CV-00083 |
| Plaintiffs | |
| vs. | **PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME** |
| THE CITY OF PAPILLION; SARPY COUNTY; BRYAN SVAJGL; BENJAMIN IVERSEN; SCOTT A. LYONS; L. KENNETH POLIKOV; and JENNIFER MIRALLES, | |
| Defendants. | |

Comes now the Plaintiffs Wadith Stockinger Nader and Stacey Nichole Nader and move this Court for an enlargement of the time for Plaintiffs to respond to the Motion for Summary Judgment filed by Defendants Kenneth Polikov, Jennifer Miralles, and Sarpy Count (Filing in No. 39).

In support of this Motion Plaintiffs represent to the Court that discovery in this case is ongoing, and the deposition of some Defendants is currently scheduled for September 8, and September 14, 2017, and such discovery is necessary for the reply to Defendants' Motion. As such, Plaintiffs request an additional twenty-one days to file its Response to Defendants' Motion for Summary Judgment.

WHEREFORE, Plaintiffs pray that Plaintiffs' time to respond to Defendants' Motion for Summary Judgment (Filing No. 39) to be extended to September 28, 2017.

Dated this 1st day of September, 2017.

                                          WADITH STOCKINGER NADER AND
                                        STACEY NICHOLE NADER, Plaintiffs

By: _____
       Christopher J. Tjaden, #18413
       Zachary Lutz-Priefert, #25902
       GROSS & WELCH, P.C., L.L.O.
       1500 Omaha Tower
       2120 South 72nd Street
       Omaha, NE  68124
       (402) 392-1500
       *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Vincent Valentino, Ryan M. Kunhart, & Jeffrey J. Blumel.

                                          _____
                                          Christopher J. Tjaden

12913-1/#6C17086