IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WADITH STOCKINGER NADER and STACEY NICHOLE NADER,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF PAPILLION; SARPY COUNTY; BRYAN SVAJGL; BENJAMIN IVERSEN; SCOTT A. LYONS; L. KENNETH POLIKOV; and JENNIFER MIRALLES,<br><br>Defendants. | CASE NO. 8:17-cv-83<br><br>**DEFENDANTS THE CITY OF PAPILLION, BRYAN SVAJGL, BENJAMIN IVERSEN and SCOTT A. LYON'S AMENDED NOTICE OF APPEARANCE** |

COMES NOW Ryan M. Kunhart and Jeffrey J. Blumel of Dvorak Law Group, LLC and hereby enter their Amended Notice of Appearance on behalf of Defendants City of Papillion, Bryan Svajgl, Benjamin Iversen, and Scott A. Lyons. Please note that counsel have changed law firms, which is the basis for the Amended Notice of Entry of Appearance.

Dated this 5th day of September, 2017.

                                            THE CITY OF PAPILLION, BRYAN
                                            SVAJGL, BENJAMIN IVERSEN and SCOTT
                                            A. LYONS, Defendants,

                                            By:_____
                                              Ryan M. Kunhart, #24692
                                              Jeffrey J. Blumel, #19011
                                              Dvorak Law Group, LLC
                                              13625 California Street, Suite 110
                                              Omaha, Nebraska 68154
                                              Telephone: 402-934-4770
                                              Facsimile: 402-933-9630
                                              rkunhart@ddlawgroup.com
                                              jblumel@ddlawgroup.com
                                              Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 5th day of September, 2017, I electronically filed the foregoing Amended Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

_____
Ryan M. Kunhart