IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WADITH STOCKINGER NADER and STACEY NICHOLE NADER,<br><br>Plaintiffs<br><br>vs.<br><br>THE CITY OF PAPILLION; SARPY COUNTY; BRYAN SVAJGL; BENJAMIN IVERSEN; SCOTT A. LYONS; L. KENNETH POLIKOV; and JENNIFER MIRALLES,<br><br>Defendants. | Case No. 8:17-CV-00083<br><br>**PLAINTIFFS WADITH STOCKINGER NADER AND STACEY NICHOLE NADER'S INDEX OF EVIDENCE IN SUPPORT OF THEIR BRIEF IN OPPOSITION TO DEFENDANTS' POLIKOV, MIRALLES, SARPY COUNTY'S MOTION FOR SUMMARY JUDGMENT** |

In support of Plaintiffs' Wadith Stockinger Nader and Stacey Nichole Nader's brief in opposition to dismiss, Plaintiff submits the following Index of Evidence in Opposition to The City of Papillion; Sarpy County; Bryan Svajgl, Benjamin Iversen, Scott A. Lyons, L. Kenneth Polikov and Jennifer Miralles Motion for Summary Judgment:

  1. Affidavit of Zachary Lutz-Priefert, (including Exhibits "A" and "B") attached thereto.

  Dated this 28th day of September, 2017

WADITH STOCKINGER NADER AND
STACEY NICHOLE NADER, Plaintiffs

By: *Christopher J. Tjaden*
Christopher J. Tjaden, #18413
Zachary Lutz-Priefert, #25902
GROSS & WELCH, P.C., L.L.O.
1500 Omaha Tower
2120 South 72nd Street
Omaha, NE 68124
(402) 392-1500
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Vincent Valentino, Ryan M. Kunhart.

*Christopher J. Tjaden*
Christopher J. Tjaden

12913-1/6CN8040

2