IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WADITH STOCKINGER NADER and STACEY NICHOLE NADER,<br><br>    Plaintiffs,<br><br> vs.<br><br>THE CITY OF PAPILLION; SARPY COUNTY; BRYAN SVAJGL; BENJAMIN IVERSEN; SCOTT A. LYONS; L. KENNETH POLIKOV; and JENNIFER MIRALLES,<br><br>    Defendants. | Case No. 8:17-CV-00083<br><br><br>**AFFIDVAIT OF WADITH S. NADER** |

STATE OF NEBRASKA )
         ) ss.
COUNTY OF DOUGLAS )

 I, Wadith S. Nader, being first duly sworn under oath, hereby state and allege as follows:

 1. I am of lawful age and competency to execute this Affidavit. I have personal knowledge of the facts set forth in this Affidavit.

 2. At all times relevant hereto I have lived at 912 Hickory Hill Road, Papillion, Nebraska, 68046, and I had internet service provied by Century Link.

 3. In the summer of 2012 my email address wadith@hotmail.com was hacked.

 4. I only learned of the hack because of a notification from Microsoft asking me to change my password.

5. In 2014, Microsoft again recognized an issue with my account and locked the account down.

6. I was arrested on March 17, 2015. On the day I was arrested I informed the officers arresting me that my email had been hacked on prior occasions.

7. On the day I was arrested no arresting officer ever asked me to confirm my IP address.

8. On the day I was arrested my router, and IP Address were discoverable, and had minimumal security measures in place.

FURTHER AFFIANT SAYETH NOT.

_____
Wadith S. Nader

SUBSCRIBED AND SWORN to before me this 26th day of October, 2017.

GENERAL NOTARY - State of Nebraska
MARY J. BARKER
My Comm. Exp. October 18, 2019

_____
Notary Public

12913-1/6CM8705

2