IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WADITH STOCKINGER NADER, and STACEY NICHOLE NADER, | **8:17CV83** |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| THE CITY OF PAPILLION, SARPY COUNTY, BRYAN SVAJGL, BENJAMIN IVERSEN, SCOTT A. LYONS, L. KENNETH POLIKOV, and JENNIFER MIRALLES, | |
| Defendants. | |

Pursuant to the Memorandum and Order entered herein, judgment is entered in favor of the defendants and against the plaintiffs.

Dated this 29th day of January, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge