IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WADITH STOCKINGER NADER and STACEY NICHOLE NADER, | Case No. 8:17-CV-00083 |
| Plaintiffs | **NOTICE OF APPEAL** |
| vs. | |
| THE CITY OF PAPILLION; SARPY COUNTY; BRYAN SVAJGL; BENJAMIN IVERSEN; SCOTT A. LYONS; L. KENNETH POLIKOV; and JENNIFER MIRALLES, | |
| Defendants. | |

Notice is hereby given that Wadith Stockinger Nader and Stacey Nichole Nader, Plaintiffs in the above-captioned case, appeal to the United States Court of Appeals for the Eighth Circuit from the final judgment (Filing No. 66) sustaining Defendants' Motions for Summary Judgment (Filing Nos. 39, 49) and dismissing Plaintiffs' Complaint (Filing No. 1) with prejudice entered in this action on January 29, 2018.

Dated this 20th day of February, 2018.

WADITH STOCKINGER NADER AND
STACEY NICHOLE NADER, Plaintiffs

By: _____
Christopher J. Tjaden, #18413
Zachary Lutz-Priefert, #25902
GROSS & WELCH, P.C., L.L.O.
1500 Omaha Tower
2120 South 72nd Street
Omaha, NE 68124
(402) 392-1500
*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Vincent Valentino
Ryan M. Kunhart.

*/s/ Christopher J. Tjaden*
_____
Christopher J. Tjaden

12913-1/6D91054