U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**:                                            **Case Number**:

NADER ET AL V. THE CITY OF PAPILLION ET AL              8:17CV83-JFB-CRZ

**Appellant**:

WADITH STOCKINGER NADER AND STACEY NICHOLE NADER

**Attorney(s)**:

CHRISTOPHER J. TJADEN
ZACHARY LUTZ-PREIFERT
GROSS & WELCH, P.C., L.L.O
1500 OMAHA TOWER
2120 SOUTH 72ND STREET
OMAHA, NE 68124
(402) 392-1500

**Appellee:**

THE CITY OF PAPILLION, SARPY COUNTY, BRYAN SVAJGL, BENJAMIN IVERSEN, SCOTT A. LYONS, L. KENNETH POLIKOV and JENNIFER MIRALLES

**Attorneys**:(THE CITY OF PAPILLION, BRYAN SVAJGL, BENJAMIN IVERSEN and SCOTT A. LYONS)

JEFFREY J. BLUMEL
RYAN M. KUNHART
DVORAK LAW GROUP
13625 CALIFORNIA STREET
SUITE 110
OMAHA, NE 68154
(402) 934-4770

(SARPY COUNTY, L. KENNETH POLIKOV and JENNIFER MIRALLES)

VINCENT VALENTINO
VALENTINO LAW OFFICE
130 SOUTH 13TH STREET
SUITE 300, NEBRASKA TELEPHONE BUILDING
LINCOLN, NE 68508
(402) 742-9240

**Court Reporter(s):**

N/A

**Please return files and documents to:**

Omaha

**Person to contact about the appeal:**

MARY ROUNDTREE

| Length of Trial | Fee | IFP | Pending IFP |
|---|---|---|---|
| N/A | Y | N | N |

| Counsel | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
| RETAINED | N | N | N |

**Criminal Cases/Prisoner Pro Se Cases only:**

**Is defendant incarcerated?**

**Where?**

**Please list all other defendants in this case if there were multiple defendants**

**Special Comments:**

Forms-Appeal-NOA_Supplement
Approved Date: 12/22/14