# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 26, 2018

Mr. Christopher J. Tjaden
GROSS & WELCH
Suite 1500, Omaha Tower
2120 S. 72nd Street
Omaha, NE  68124-0000

RE:  18-1402  Wadith Nader, et al v. City of Papillion, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

BNS

Enclosure(s)

cc:   Mr. Jeffrey John Blumel
      Mr. Ryan M. Kunhart
      Ms. Denise M. Lucks
      Mr. Zachary W. Lutz-Priefert
      Mr. Vincent Valentino

      District Court/Agency Case Number(s):   8:17-cv-00083-JFB

**Caption For Case Number: 18-1402**

Wadith Stockinger Nader; Stacey Nichole Nader

    Plaintiffs - Appellants

v.

City of Papillion; Sarpy County, Nebraska; Bryan Svajgl; Benjamin Iversen; Scott A. Lyons; L. Kenneth Polikov; Jennifer Miralles

    Defendants - Appellees

**Addresses For Case Participants:   18-1402**

Mr. Christopher J. Tjaden
GROSS & WELCH
Suite 1500, Omaha Tower
2120 S. 72nd Street
Omaha, NE  68124-0000

Mr. Jeffrey John Blumel
ABRAHAMS & KASLOW
Suite 300
8712 W. Dodge Road
Omaha, NE  68114-0000

Mr. Ryan M. Kunhart
ABRAHAMS & KASLOW
Suite 300
8712 W. Dodge Road
Omaha, NE  68114-0000

Ms. Denise M. Lucks
U.S. DISTRICT COURT
Clerk's Office
Suite 1152
111 S. 18th Plaza
Omaha, NE  68102-0000

Mr. Zachary W. Lutz-Priefert
GROSS & WELCH
Suite 1500, Omaha Tower
2120 S. 72nd Street
Omaha, NE  68124-0000

Mr. Vincent Valentino
VALENTINO LAW OFFICE
Suite 300, Nebraska Telephone Building
130 S. 13th Street
Lincoln, NE  68508