IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WADITH STOCKINGER NADER and STACEY NICHOLE NADER, </br></br>Plaintiffs</br></br>vs.</br></br>THE CITY OF PAPILLION; SARPY COUNTY; BRYAN SVAJGL; BENJAMIN IVERSEN; SCOTT A. LYONS; L. KENNETH POLIKOV; and JENNIFER MIRALLES,</br></br>Defendants. | Case No. 8:17-CV-00083</br></br>**CERTIFICATE OF NO TRANSCRIPT ORDER** |

Pursuant to Federal Rule of Appellate Procedure 10(b)(B), by signing below I certify that no transcript will be ordered.

Dated this 13th day of March, 2018.

                                                WADITH STOCKINGER NADER AND
                                                STACEY NICHOLE NADER, Plaintiffs

                                      By:   */s/ Christopher J. Tjaden*
                                                 Christopher J. Tjaden, #18413
                                                 Zachary Lutz-Priefert, #25902
                                                 GROSS & WELCH, P.C., L.L.O.
                                                 1500 Omaha Tower
                                                 2120 South 72nd Street
                                                 Omaha, NE  68124
                                                 (402) 392-1500
                                                 *Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on March 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Vincent Valentino
Ryan M. Kunhart

                                              */s/ Christopher J. Tjaden*
                                              Christopher J. Tjaden

12913-1/6DD1483