# United States Court of Appeals
### *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 08, 2019

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE: 18-1402 Wadith Nader, et al v. City of Papillion, et al

Dear Sirs:

An opinion was filed today in the above case.

Counsel who represented the appellants were Christopher J. Tjaden, of Omaha, NE., Zachary W. Lutz-Priefert of Omaha, NE.

Counsel who represented the appellees Sarpy County, Nebraska; L. Kenneth Polikov; Jennifer Miralles were Vincent Valentino, of Lincoln, NE., Brandy Rae Johnson, of Lincoln, NE.

Counsel who represented the appellees The City of Papillion, Bryan Svajgl, Benjamin Iversen and Scott A. Lyons were Jeffrey John Blumel, of Omaha, NE., Ryan M. Kunhart of Omaha, NE.

The judge who heard the case in the district court was Honorable Joseph F Bataillon. The judgment of the district court was entered on January 29, 2018.

If you have any questions concerning this case, please call this office.

Michael E. Gans
Clerk of Court

YML

Enclosure(s)

cc: Lois Law
    MO Lawyers Weekly

District Court/Agency Case Number(s): 8:17-cv-00083-JFB