# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-1402

_____

Wadith Stockinger Nader; Stacey Nichole Nader

Plaintiffs - Appellants

v.

City of Papillion; Sarpy County, Nebraska; Bryan Svajgl; Benjamin Iversen; Scott A. Lyons; L. Kenneth Polikov; Jennifer Miralles

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:17-cv-00083-JFB)

_____

**JUDGMENT**

Before LOKEN, MELLOY, and ERICKSON, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 08, 2019

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans