# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-1402

Wadith Stockinger Nader and Stacey Nichole Nader

Appellants

v.

City of Papillion, et al.

Appellees

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:17-cv-00083-JFB)

---

## MANDATE

In accordance with the opinion and judgment of 03/08/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 24, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit