# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

July 17, 2019

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

    Re:  Wadith Stockinger Nader, et ux.
         v. City of Papillion, Nebraska, et al.
         No. 19-88
         (Your No. 18-1402)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 15, 2019 and placed on the docket July 17, 2019 as No. 19-88.

         Sincerely,

         **Scott S. Harris**, Clerk

         by

         Redmond K. Barnes
         Case Analyst