# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 25, 2019

Ms. Denise M. Lucks
U.S. DISTRICT COURT
Clerk's Office
Suite 1152
111 S. 18th Plaza
Omaha, NE  68102-0000

    RE: 18-1402  Wadith Nader, et al v. City of Papillion, et al

Dear Clerk:

    Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                              Michael E. Gans
                              Clerk of Court

YML

Enclosure(s)

    District Court/Agency Case Number(s):   8:17-cv-00083-JFB