# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
**www.ca8.uscourts.gov**

## MEMORANDUM

**TO:**       Ms. Denise M. Lucks

**FROM:**  Michael E. Gans, Clerk of Court

**DATE:**   October 08, 2019

**RE:**       18-1402   Wadith Nader, et al v. City of Papillion, et al

  District Court/Agency Case Number(s):   8:17-cv-00083-JFB

___

 Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

AMT